```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE CREDIT DEFAULT SWAPS ANTITRUST      :   13 MD. 2476 (DLC)
LITIGATION                                :
                                          :
----------------------------------------- X
                                          :
VALUE RECOVERY FUND LLC, et al.,          :
Individually and on Behalf of all those   :
Similarly Situated,                       :
                                          :
                      Plaintiffs,         :
                                          :   13 Civ. 4928
           -v-                            :
                                          :
JPMORGAN CHASE & CO., et al.,             :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
                                          :
SHEET METAL WORKERS LOCAL NO. 33          :
CLEVELAND DISTRICT PENSION PLAN,          :
Individually and on Behalf of all those   :
Similarly Situated,                       :
                                          :
                      Plaintiff,          :   13 Civ. 7450
                                          :
           -v-                            :
                                          :
BANK OF AMERICA CO., et al.,              :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
```

```
------------------------------------------ X
                                           :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,    :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                      Plaintiffs,          :
                                           :   13 Civ. 7465 (DLC)
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                      Defendants.          :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the clerk shall add SALIX CAPITAL US INC. v. BANK OF AMERICA CO. et al., 13 Civ. 6116, to this multidistrict litigation case entitled IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION, 13 MD 2476.

Dated:   New York, New York
         October 23, 2013

                                    _____
                                              DENISE COTE
                                       United States District Judge