UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Case No. 13-md-2476-DLC |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION,<br><br>Individually and on Behalf of All Those Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>JP MORGAN CHASE & CO. et al.,<br><br>          Defendants. | Case No. 13-cv-7634-DLC<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bruce L. Simon, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Los Angeles County Employees Retirement Association, individually and on behalf of all those similarly situated, in the above-captioned action.

I am in good standing of the bar of the State of California (Certificate attached) and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: November 5, 2013                    Respectfully Submitted,

                                                                    */s/  Bruce L. Simon*
                                                                    Bruce L. Simon
                                                                    PEARSON, SIMON & WARSHAW, LLP
                                                                    44 Montgomery Street, Suite 2450
                                                                    San Francisco, CA 94104
                                                                    Telephone: (415) 433-9000
                                                                    Facsimile: (415) 433-9008
                                                                    bsimon@pswlaw.com

856882.1