UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
IN RE CREDIT DEFAULT SWAPS ANTITRUST      MDL No. 2476
LITIGATION

This Document Relates To:

-----------------------------------------------------------------X
LBBW ASSET MANAGEMENT     No. 1:13-cv-7752
INVESTMENTGESELLSCHAFT MBH, on behalf of itself     (DLC)
and all others similarly situated,

               Plaintiff,

   --against--

CITIBANK, N.A., CITIGROUP INC., CITIGROUP
GLOBAL MARKETS INC., GOLDMAN SACHS & CO.,
JPMORGAN CHASE & CO., JPMORGAN CHASE BANK,
N.A., CREDIT SUISSE AG, DEUTSCHE BANK AG,
MORGAN STANLEY & CO., LLC, BARCLAYS BANK
PLC, BANK OF AMERICA CORP., BANK OF AMERICA,
N.A., HSBC BANK PLC, HSBC BANK USA, N.A.,
ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF
SCOTLAND N.V., BNP PARIBAS, UBS AG, UBS
SECURITIES LLC, WELLS FARGO BANK &
COMPANY, WELLS FARGO BANK, N.A., MARKIT
GROUP LTD., AND INTERNATIONAL SWAPS &
DERIVATIVES ASSOCIATION,

               Defendants.
-----------------------------------------------------------------X

*Partial*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LBBW Asset Management Investmentgesellschaft MBH hereby dismiss its claims in this action against Defendants Wells Fargo Bank & Company and Wells Fargo Bank, N.A. without prejudice. Each party shall bear its own costs and fees.

So ordered.

/s/ Denise Cote
11/6/13

[Stamp: NOV 04 2013]
[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 11-6-2013]

Dated:  New York, New York
        November 1, 2013

                          LOVELL STEWART HALEBIAN JACOBSON LLP

                          */s/ Christopher Lovell*
                          Christopher Lovell
                          Ian T. Stoll
                          61 Broadway, Suite 501
                          New York, NY 10006
                          Telephone: (212) 608-1900
**SO ORDERED:**             Facsimile: (212) 719-4677

                          William H. Narwold
                          MOTLEY RICE LLC
_____    One Corporate Center
     **U.S.D.J.**           20 Church Street, 17th Floor
                          Hartford, Connecticut 06103

                          David Kovel
                          KIRBY MCINERNEY LLP
                          825 Third Avenue, 16th Floor
                          New York, New York 10022

                          Marvin A. Miller
                          MILLER LAW LLC
                          115 S. LaSalle Street, Suite 2910
                          Chicago, Illinois 60603

                          *Attorneys for Plaintiff*
                          *LBBW Asset Management Investmentgesellschaft Mbh*