UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CREDIT DEFAULT SWAPS
ANTITRUST LITIGATION

No. 13 Md. 2476 (DLC)

**DECLARATION OF DANIEL L. BROCKETT IN SUPPORT OF APPLICATION TO APPOINT QUINN EMANUEL URQUHART & SULLIVAN, LLP <u>INTERIM LEAD CLASS COUNSEL</u>**

I, Daniel L. Brockett, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Plaintiff Salix Capital US Inc. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Quinn Emanuel Urquhart & Sullivan, LLP, firm brochure, September 2013. |
| Exhibit B: | "The 4 Firms In-House Counsel Fear The Most," by Andrew Strickler, *Law360*, September 9, 2013. |
| Exhibit C: | Description of Quinn Emanuel's Structured Finance Practice, October 2013. |
| Exhibit D: | Transfer Order of the Judicial Panel on Multidistrict Litigation in *In re: Credit Default Swaps Antitrust Litigation*, MDL No. 2476, October 16, 2013. |
| Exhibit E: | Description of Quinn Emanuel's Antitrust Practice, September 2012. |
| Exhibit F: | Description of Quinn Emanuel's Class Action Practice, September 2012. |
| Exhibit G: | Description of Quinn Emanuel's Appellate Practice, May 2013. |
| Exhibit H: | Hausfeld LLP firm summary, March 2013. |
| Exhibit I: | Bernstein Liebhard LLP, "About Us," available at www.bernlieb.com/about-us/index.html, last visited November 8, 2013. |
| Exhibit J: | *Best Lawyers 2013*, available at www.bestlawyers.com/Admin/Firm/LawyerStatus.aspx, last visited November 8, 2013. |
| Exhibit K: | "Competition MVP: Quinn Emanuel's Stephen Neuwirth," by Jeremy Heallen, *Law360*, December 12, 2012. |

1

| Exhibit L: | "Stephen Neuwirth," Chambers USA (2008). |
|---|---|
| Exhibit M: | "Rising Star:  Quinn Emanuel's Steig Olson," by Melissa Lipman, *Law360*, March 20, 2013. |
| Exhibit N: | "International Law Firm of the Year 2011," *The Lawyer*. |
| Exhibit O: | "The 100 Most Influential Lawyers in America:  Kathleen Sullivan," *The National Law Journal*, March 25, 2013. |
| Exhibit P: | "Appellate Hot List," *The National Law Journal*, June 3, 2013. |
| Exhibit Q: | "Competition Group Of The Year:  Quinn Emanuel," by Erin Coe, *Law360*, January 12, 2012. |
| Exhibit R: | "Plaintiffs' Hot List:  Quinn Emanuel Urquhart & Sullivan," by Matthew Huisman, *The National Law Journal*, October 21, 2013. |
| Exhibit S: | "Class Action Practice Group of the Year:  Quinn Emanuel," by Greg Ryan, *Law360*, January 30, 2013. |
| Exhibit T: | Quinn Emanuel Litigation Support Department Brochure, October 2013. |

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED:    New York, New York
          November 8, 2013

                                                          /s/ Daniel L. Brockett
                                                          Daniel L. Brockett

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2013, I filed and therefore caused the foregoing document and accompanying papers (if any) to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matters.

                                                  /s/ Daniel L. Brockett
                                                     Daniel L. Brockett