UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | CASE NO. 1:13-MD-02476-DLC<br><br>**ECF CASE** |
| This Document Relates To:<br><br>ALL ACTIONS | |

### NOTICE OF MOTION TO APPOINT SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS, MF GLOBAL CAPITAL LLC, AND THE UNIPENSION PLAINTIFFS AS LEAD PLAINTIFFS AND SCOTT+SCOTT, ATTORNEYS AT LAW, LLP, ROBBINS GELLER RUDMAN & DOWD LLP, AND KOREIN TILLERY, LLC AS INTERIM CO-LEAD COUNSEL

PLEASE TAKE NOTICE that, pursuant to this Court's Order, dated October 24, 2013, Scott+Scott, Attorneys at Law, LLP, Robbins Geller Rudman & Dowd LLP, and Korein Tillery, LLC, as counsel for plaintiffs Sheet Metal Workers Local No. 33 Cleveland District Pension Plan, State Universities Retirement System of Illinois, MF Global Capital, LLC, Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension – Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger (collectively, "Movants") shall move this Court, before the Honorable Denise L. Cote, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY 10007-1312, on a date and time to be determined by the Court, for an order appointing Scott+Scott, Attorneys at Law, LLP, Robbins Geller Rudman & Dowd LLP, and Korein Tillery, LLC as Interim Co-Lead Counsel and Movants as Lead Plaintiffs.

This motion is based upon the accompanying Memorandum, the Declarations and exhibits thereto, oral argument, and other such materials as the Court may consider submitted herewith.

DATED:  November 8, 2013                 Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

 /s/ Christopher M. Burke
CHRISTOPHER M. BURKE (*pro hac vice*)
WALTER W. NOSS
KRISTEN M. ANDERSON
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
DAVID R. SCOTT
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
JOSEPH P. GUGLIELMO
DONALD A. BROGGI
MAX SCHWARTZ
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: 212-223-6444
Facsimile: 212-223-6334

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100
Facsimile: 631-367-1173
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O'MARA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
darrenr@rgrdlaw.com
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com

KOREIN TILLERY LLC
GEORGE A. ZELCS
205 North Michigan Plaza
Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com

KOREIN TILLERY LLC
STEVEN M. TILLERY
ROBERT KING
GIUSEPPE S. GIARDINA
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625
Telephone: 314-241-4844
Facsimile: 314-241-3525
stillery@koreintillery.com
rking@koreintillery.com
ggiardina@koreintillery.com

*Attorneys for Plaintiffs Sheet Metal Workers Local No. 33 Cleveland District Pension Plan, State Universities Retirement System of Illinois, MF Global Capital LLC, Unipension Fondsmaeglerselskab, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlaeger, and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 8, 2013.

      /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: cburke@scott-scott.com