# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO: All Actions

No. 13 Md. 2476 (DLC)

## NOTICE OF THE CDS INSTITUTIONAL INVESTOR GROUP'S APPLICATION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF ENTWISTLE & CAPPUCCI LLP AND KAPLAN FOX & KILSHEIMER LLP AS INTERIM CO-LEAD COUNSEL

PLEASE TAKE NOTICE that upon the accompanying CDS Institutional Investor Group's Application for Appointment as Lead Plaintiff and Appointment of Entwistle & Cappucci LLP and Kaplan Fox & Kilsheimer LLP as Interim Co-Lead Class Counsel, dated November 8, 2013, Entwistle & Cappucci LLP and Kaplan Fox & Kilsheimer LLP, on behalf of plaintiffs Value Recovery Fund LLC, Delta Institutional, LP, Delta Onshore, LP, Delta Offshore, Ltd., Delta Pleiades, LP, and Fund Liquidation Holdings LLC (collectively, the "CDS Institutional Investor Group"), will move this Court before the Honorable Denise L. Cote at the United States Courthouse for the Southern District of New York, 500 Pearl Street, for an order pursuant to Fed. R. Civ. P. 23(g) appointing the CDS Institutional Investor Group as lead plaintiff and appointing the laws firms of Entwistle & Cappucci LLP and Kaplan Fox Kilsheimer LLP as interim co-lead class counsel in this action.

EC.53644.1

Dated: New York, New York
November 8, 2013

**ENTWISTLE & CAPPUCCI LLP**

/s/ Andrew J. Entwistle
Andrew J. Entwistle, Esq.
Vincent R. Cappucci, Esq.
Robert N. Cappucci, Esq.
280 Park Avenue, 26th Floor West
New York, NY 10017
Telephone: (212) 894-7200

**KAPLAN FOX & KILSHEIMER LLP**

/s/ Robert N. Kaplan
Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
Richard J. Kilsheimer, Esq.
Matthew P. McCahill, Esq.
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980


Ariana J. Tadler, Esq.
Peggy J. Wedgworth, Esq.
Paul F. Novak, Esq.
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 946-9453


Reed R. Kathrein, Esq.
Steve Berman, Esq.
Jason A. Zweig, Esq.
**HAGEN BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

*Attorneys for the CDS Institutional Investor Group*