# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

December 6, 2013

**BY ECF**

Re:   *In re Credit Default Swaps Antitrust Litigation*,
      1:13-md-2476 (DLC)

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Dear Judge Cote:

    We represent Defendant Bank of America. At the initial conference yesterday, Your Honor requested that Defendants designate liaison counsel for communications and administrative purposes. Defendants have conferred and, with the understanding that our role will be thus limited, have agreed that we be so designated. Please let me know if there is anything further we can do to assist the Court.

Respectfully yours,

Robert F. Wise

cc:   All counsel (by ECF)