# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

December 12, 2013

**BY ECF**

Re: *In re Credit Default Swaps Antitrust Litigation*,
1:13-md-2476 (DLC)

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Dear Judge Cote:

      We write as liaison for the defendants in the above matter and in response the Court's Order yesterday with respect to the proposed case management order. Section II.1 of the proposed order provides that all ten of the currently pending cases before the Court be consolidated "for all purposes" under Rule 42. Defendants believe it is too early at this time, before a proposed consolidated amended complaint has been filed and before there has been any consideration of what classes, if any, can be certified, to determine whether consolidation "for all purposes" is appropriate. With regard to actions transferred to the Southern District of New York by the Judicial Panel on Multidistrict Litigation, section 1407 provides for transfer for "coordinated or consolidated pretrial proceedings" only. Defendants therefore respectfully suggest that the language of the proposed order be modified to provide that the cases be consolidated at this time "for all pretrial purposes."

Respectfully yours,

Robert F. Wise

cc: All counsel (by ECF)