**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S INTERNET ADDRESS
**danbrockett@quinnemanuel.com**

March 21, 2014

<u>VIA ECF</u>

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *In re Credit Default Swaps Antitrust Litigation*, Case No. 13 MD 2476 (DLC)

Dear Judge Cote:

Pursuant to the Court's Case Management Schedule dated December 12, 2013, we write on behalf of Plaintiffs to advise Defendants and the Court that Plaintiffs intend to amend their Consolidated Complaint in response to the motions. Plaintiffs will file their Second Amended Consolidated Complaint by April 11, 2014, in accordance with the Case Management Order.

We suggest the following briefing schedule for any new motions filed in response to the new Complaint: Defendants will file any motion to dismiss on or before May 12, 2014; Plaintiffs shall file their opposition brief on or before June 12, 2014; and Defendants shall file their reply on or before June 26, 2014.[1]

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

---

[1] Defendants have informed us that they would propose that their motions be due on or before May 23, 2014; Plaintiffs' opposition be due on or before June 20, 2014; and Defendants' reply due on or before July 11, 2014.