# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

3/25/2014

March 21, 2014

BY ECF

Re: *In re Credit Default Swaps Antitrust Litigation*,
1:13-md-2476 (DLC)

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

MEMO ENDORSED



Dear Judge Cote:

    We write on behalf of Defendants in response to Plaintiffs' letter of March 21, 2014 regarding the briefing schedule for Plaintiffs' Second Consolidated Amended Complaint.

    Defendants propose that the Court adopt a schedule consistent with the time intervals established in the Court's Case Management Order, dated December 13, 2013. Applying those intervals yields the following schedule: (1) any motions to dismiss would be due on or before May 23, 2014; (2) Plaintiffs' opposition(s) would be due on or before June 20, 2014; and (3) Defendants' replies would be due on or before July 11, 2014. We think this schedule is appropriate in light of the uncertainty as to the scope of Plaintiffs' amendments and the complexity of coordination among a large group of defendants.

    Plaintiffs' proposed schedule is inconsistent with the December 13 Order, both with respect to the timing of Defendants' opening briefs and with respect to the time interval for Defendants' replies (which Plaintiffs unilaterally reduce from three weeks to two weeks).

Approved.
*/s/ Denise Cote*
March 25, 2014

Respectfully yours,

/s/ Robert F. Wise

Robert F. Wise

cc: All counsel (by ECF)