## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
                                                                  :
IN RE:  CREDIT DEFAULT SWAPS                                      :     Master Docket No.:  13 MD 2476 (DLC)
ANTITRUST LITIGATION                                              :
                                                                  :     (Oral Argument Requested)
This Document Relates To:  All Actions                            :
                                                                  :
                                                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEALER-DEFENDANTS' JOINT MOTION
## <u>TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT</u>

PLEASE TAKE NOTICE that upon the accompanying (i) Dealer-Defendants' Memorandum in Support of Their Joint Motion To Dismiss the Second Consolidated Amended Complaint, and (ii) Declaration of Richard C. Pepperman II in Support of Dealer-Defendants' Joint Motion To Dismiss the Second Consolidated Amended Complaint, defendants Bank of America Corporation, Bank of America N.A., Barclays Bank PLC, BNP Paribas, Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., Credit Suisse AG, Deutsche Bank AG, Goldman, Sachs & Co., HSBC Bank plc, HSBC Bank USA, N.A., J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, Morgan Stanley & Co. LLC, Royal Bank of Scotland PLC, Royal Bank of Scotland N.V., UBS AG, and UBS Securities LLC will move this Court, before the Honorable Denise L. Cote, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Second Consolidated Amended Class Action Complaint in the above-referenced

action with prejudice, in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure,

and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
         May 23, 2014

  /s/ Robert F. Wise, Jr.
Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation
and Bank of America N.A.*

  /s/ Todd S. Fishman
Todd S. Fishman
Michael S. Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnston@allenovery.com

*Attorneys for Barclays Bank PLC*

  /s/ David Esseks
David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

 /s/ David F. Graham
Benjamin R. Nagin
Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
bnagin@sidley.com
ejoyce@sidley.com

David F. Graham*
David C. Giardina*
Jennifer E. Novoselsky
*admitted *pro hac vice*
SIDLEY AUSTIN LLP
1 S Dearborn St
Chicago, IL 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036
dgraham@sidley.com
dgiardina@sidley.com
jnovoselsky@sidley.com

*Attorneys for Citigroup Inc., Citibank, N.A.*
*and Citigroup Global Markets Inc.*

 /s/ J. Robert Robertson
J. Robert Robertson
Benjamin Holt*
*admitted *pro hac vice*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel:  (202) 637-5600
Fax:  (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

  /s/ Paula W. Render
David P. Wales*
*admitted *pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
dpwales@jonesday.com

Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Tel:  (212) 326-3939
Fax: (212) 755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

Paula W. Render*
Alex P. Middleton*
*admitted *pro hac vice*
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel:  (312) 782-3939
Fax:  (312) 782-8585
prender@jonesday.com
apmiddleton@jonesday.com

*Attorneys for Deutsche Bank AG*

  /s/ Richard C. Pepperman II
Richard C. Pepperman II
Bradley P. Smith
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.com
geigerm@sullcrom.com

Robert Y. Sperling*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel:  (313) 558-7941
Fax:  (312) 558-5700
rsperling@winston.com

Seth Farber
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
Tel:  (212) 294-4611
Fax:  (212) 294-4700
sfarber@winston.com

Elizabeth P. Papez*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Tel:  (202) 282-5000
Fax:  (202) 282-5100
epapez@winston.com

*Attorneys for Goldman, Sachs & Co.*

  /s/ Andrew S. Marovitz
Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel:  (212) 506-2500
Fax:  (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

Andrew S. Marovitz*
Britt M. Miller*
*admitted *pro hac vice*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 782-0600
Fax:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for HSBC Bank plc and HSBC Bank USA, N.A.*

  /s/ Peter E. Greene
Peter E. Greene
Peter S. Julian
Boris Bershteyn
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
New York, NY 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
peter.greene@skadden.com
peter.julian@skadden.com
boris.bershteyn@skadden.com

Patrick J. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Tel:  (312) 407-0508
Fax:  (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

 /s/ Evan R. Chesler
Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*


 /s/ David C. Bohan
David C. Bohan
KATTEN MUCHIN ROSENMAN, LLP
525 W. Monroe St.
Chicago, IL 60661
Tel:  (312) 902-5200
Fax:  (312) 902-1061
david.bohan@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, NY 10022
Tel:  (212) 940-8800
Fax:  (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*

 /s/ Charles F. Rule
Charles F. Rule*
Joseph J. Bial
Amy W. Ray
*admitted *pro hac vice*
CADWALADER, WICKERSHAM &
TAFT LLP
700 6th Street, N.W.
Washington, DC 20001
Tel:  (202) 862-2200
Fax:  (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Royal Bank of Scotland PLC
and Royal Bank of Scotland N.V.*