SIMPSON THACHER & BARTLETT LLP

1155 F STREET, N.W.
WASHINGTON, DC 20004
(202) 636-5500

---

FACSIMILE (202) 636-5502

DIRECT DIAL NUMBER
(202) 636-5566

E-MAIL ADDRESS
matt.reilly@stblaw.com

May 23, 2014

**BY ECF**

          Re:    *In re Credit Default Swaps Antitrust Litigation*, 1:13-md-2476 (DLC)

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Dear Judge Cote:

    As Counsel on behalf of the International Swaps and Derivatives Association, we write to respectfully request oral argument on ISDA's Motion to Dismiss the Second Consolidated Amended Complaint.

Very truly yours,

Matthew J. Reilly

cc:    All counsel - by ECF