# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

**MEMO ENDORSED**

*...JMENT*
*...RONICALLY*
*7/10/2014*

July 10, 2014

**BY ECF**

Re: *In re Credit Default Swaps Antitrust Litigation*,
1:13-md-2476 (DLC)

**RECEIVED**
JUL 10 2014
CHAMBERS OF
DENISE COTE

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Dear Judge Cote:

    Defendants' reply memoranda in support of their motions to dismiss are due Tuesday, July 15, 2014. By endorsed letter dated February 25, 2014 (copy attached), Your Honor approved page limits for the parties' joint and separate opening, opposition, and reply memoranda. Plaintiffs subsequently requested leave to file a consolidated opposition brief within the aggregate of the approved limits for the several oppositions, which the Court granted by endorsement on June 17, 2014 (copy attached). Defendants now therefore request leave to allocate at their discretion among their joint and separate replies the previously approved several reply page limits, not to exceed in total the aggregate page limitation for replies approved by the Court in the February 25 endorsed letter.

    We have consulted Plaintiffs' lead counsel, and they have no objection to this request. If satisfactory to the Court, Defendants respectfully request that the Court so endorse this letter.

Granted.
/s/ Denise Cote
July 10, 2014

Respectfully yours,

/s/ Robert F. Wise

Robert F. Wise

cc: All counsel (by ECF)