UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE: CREDIT DEFAULT SWAPS
ANTITRUST LITIGATION

This Document Relates To: All Actions

Master Docket No.: 13 MD 2476 (DLC)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Defendant Markit Group Holdings Limited in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated:  September 3, 2014

*/s/ Colin R. Kass*

Colin R. Kass (*Pro Hac Vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue N.W.
Suite 400 South
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com

*Counsel for Markit Group Holdings Limited*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was served on September 3, 2014 to all counsel of record via the Court's Electronic Filing System.

*/s/ Colin R. Kass*
Colin R. Kass (*Pro Hac Vice*)
