Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
IN RE: CREDIT DEFAULT SWAPS                                  :   Master Docket No.: 13 MD 2476 (DLC)
ANTITRUST LITIGATION                                         :
                                                             :   [DOCUMENT
This Document Relates To: All Actions                        :   ELECTRONICALLY FILED]
                                                             :
                                                             :   9/3/2014
------------------------------------------------------------ x

## STIPULATION REGARDING SERVICE AND SETTING TIME FOR MARKIT GROUP HOLDINGS LTD. TO ANSWER

WHEREAS Markit Group Holdings Ltd ("Markit Holdings") was named by Plaintiffs in the Consolidated Amended Class Action Complaint, filed on January 31, 2014, and in the Second Consolidated Amended Class Action Complaint (the "Complaint"), filed on April 14, 2014; and

WHEREAS Plaintiffs and Markit Holdings wish to put Markit Holdings on the same schedule as defendant Markit Group Ltd. and to allow Markit Holdings to join the pending motions to dismiss;

The undersigned hereby stipulate and agree as follows:

1. Markit Holdings hereby accepts service of the Complaint effective on the date of the Complaint's filing;

2. Markit Holdings joins, *nunc pro tunc*, in its entirety, the pending motions to dismiss (docket entry nos. 293 and 289) of Markit Group Ltd.; and any ruling granting or denying the motions will apply equally to Markit Holdings; and

3. Markit Holdings is subject to the same deadline to answer or otherwise respond as all other defendants in the above-captioned matter.

So ordered.

/s/ Denise Cote
Sept. 3, 2014

SO ORDERED: on this ___ day of September, 2014

_____
Honorable Denise L. Cote
United States District Judge

DATED: September ___, 2014

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

_____
Daniel L. Brockett
Steig D. Olson
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com

*Attorneys for Plaintiffs*

Respectfully submitted,

PROSKAUER ROSE, LLP

_____
Colin R. Kass
Scott M. Abeles
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: 202-416-6800
Fax: (202) 416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

*Attorneys for Defendant
Markit Group Holdings Ltd*