UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE: CREDIT DEFAULT SWAPS
ANTITRUST LITIGATION

This Document Relates To: All Actions

Master Docket No.: 13 MD 2476 (DLC)

---

**DEFENDANT MARKIT GROUP HOLDINGS LTD.'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Markit Group Holdings Limited ("Markit Holdings"), by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Markit Ltd., which is a publically held corporation, and that no other publically traded company owns ten percent (10%) or more of its stock.

Dated:  September 3, 2014

*/s/ Alan R. Kusinitz*
Alan R. Kusinitz

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
akusinitz@proskauer.com

Colin R. Kass (*Pro Hac Vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue N.W.
Suite 400 South
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com

*Counsel for Markit Group Holdings Limited*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was served on September 3, 2014 to all counsel of record via the Court's Electronic Filing System.

                                        */s/ Alan R. Kusinitz*
                                        Alan R. Kusinitz