```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
IN RE CREDIT DEFAULT SWAPS ANTITRUST    :        ORDER
LITIGATION                              :
-------------------------------------- X         13md2476 (DLC)
```

On May 23, 2014 various defendants filed motions to dismiss the Second Consolidated Amended Class Action Complaint. On September 4, 2014 those motions were granted as to claims brought under Section 2 of the Sherman Act and as to claims for damages based on investments entered prior to the Fall of 2008. It is hereby

ORDERED that a pretrial conference shall be held on September 18, 2014 at 10:00 a.m. in Courtroom 15B at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The parties shall be prepared to discuss all topics appropriate for a pretrial conference pursuant to Fed. R. Civ. P. 16, including discovery and settlement. The parties shall meet and confer before the conference to reach consensus on (1) scheduling, structuring, and limiting discovery, and (2) the preferred processes for settlement, whether they involve an outside mediator, a judicial officer, or any other method.

...MENT
...TRONICALLY
9/4/2014

The parties shall submit a letter to the Court by September 16 describing points of agreement and disagreement on the above.

Dated:     New York, NY
           September 4, 2014

                                      _____
                                             DENISE COTE
                                      United States District Judge