UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | 13 MD 2476 (DLC)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Clifford H. Pearson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Los Angeles County Employees Retirement Association, individually and on behalf of all those similarly situated, in the above-captioned action.

I am in good standing of the bar of the State of California, (Certificate attached) and there are no pending disciplinary proceedings against me in any state or federal court.

DATED :  September 10, 2014 

/s/  Clifford H. Pearson
Clifford H. Pearson
Daniel L. Warshaw
Michael H. Pearson
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
mpearson@pswlaw.com

Bruce L. Simon
George S. Trevor
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104

860570.1

Telephone:  (415) 433-9000
Fax:  (415) 433-9008
bsimon@pswlaw.com
gtrevor@pswplaw.com
asheanin@pswlaw.com


Daniel L. Brockett
Stephen R. Neuwirth
Steig D. Olson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
stephenneuwirth@quinnemanuel.com
steigolson@quinnemanuel.com

***Interim Co-Lead Class Counsel***

# EXHIBIT A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CLIFFORD HARRIS PEARSON

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that CLIFFORD HARRIS PEARSON, #108523, was on the 3rd day of June, 1983, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 5th day of September, 2014.*

FRANK A. McGUIRE
Clerk of the Supreme Court

By: _____
A. Allen, Senior Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To:  All Actions | 13 MD 2476 (DLC)<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of Clifford H. Pearson, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Supreme Court of California; and that his contact information is as follows:

> Clifford H. Pearson
> PEARSON, SIMON & WARSHAW, LLP
> 15165 Ventura Boulevard, Suite 400
> Sherman Oaks, CA 91403
> Telephone: (818) 788-8300
> Facsimile: (818) 788-8104
> cpearson@pswlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Los Angeles County Employees Retirement Association, individually and on behalf of all those similarly situated, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

DATED :  September _____, 2014        _____
                                                                                  Hon. Denise L. Cote, United States District Judge

860585.1