UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br><br>This Document Relates to: All Actions | Master Docket No.: 13 MD 2476 (DLC) |

### NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that David G. Januszewski of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Barclays Bank PLC in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated:  October 20, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David G. Januszewski
　　　　　　　　　　　　　　　　　　　　**CAHILL GORDON & REINDEL LLP**
　　　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　(212) 701-3000
　　　　　　　　　　　　　　　　　　　　djanuszewski@cahill.com