**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7175

WRITER'S INTERNET ADDRESS
sascharand@quinnemanuel.com

November 17, 2014

11/18/2014

**VIA ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

We write on behalf of Plaintiffs in the above-captioned action to request a brief one-week extension, until November 24, 2014, to submit a report to the Court regarding the status of Defendants' productions to Plaintiffs of the documents produced to the European Commission ("EC"), in accordance with Section II.C of the Court's Joint Initial Report, Dkt. No. 334, dated September 18, 2014.

Plaintiffs respectfully submit that the extension is necessary to allow the parties additional time to complete the meet and confer process. With the Court's permission, Plaintiffs will apprise the Court on November 24, 2014 of the status of the meet and confer process concerning the Defendants' productions to Plaintiffs of the documents produced to the EC, and any remaining disagreements among the parties.

Plaintiffs have conferred with Defendants, and they do not object to this request.

Respectfully submitted,

/s/ Sascha N. Rand

Sascha N. Rand

cc: All counsel of record (via ECF)

Granted.

/s/ Denise Cote
Nov. 18, 2014