UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br><br>This Document Relates To: 1:13-cv-7976-DLC | 13 MD 2476 (DLC) |

## NOTICE OF WITHDRAWAL AS COUNSEL

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Ariana J. Tadler, Peggy J. Wedgworth, Paul F. Novak, and Milberg LLP hereby withdraw as counsel for Plaintiff Fund Liquidation Holdings LLC in the above-captioned action.

Entwistle & Cappucci LLP also serves as counsel for Fund Liquidation Holdings LLC in the above-captioned action. Milberg has advised Entwistle & Cappucci of its intent to seek withdrawal as counsel. Entwistle & Cappucci consents to Milberg's withdrawal and continues to represent Fund Liquidation Holdings LLC.

2

Dated:   December 2, 2014                    MILBERG LLP

                                             By:  /s/ *Paul F. Novak*

                                                  Paul F. Novak
                                                  One Kennedy Square
                                                  777 Woodward Avenue, Suite 890
                                                  Detroit, MI  48226
                                                  Telephone: 313.309.1760
                                                  Facsimile:  313.447.2080

                                                  Attorneys for Fund Liquidation Holdings, LLC