# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

December 12, 2014

**BY ECF**

Re:   *In re Credit Default Swaps Antitrust Litigation*,
      1:13-md-2476 (DLC)

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Dear Judge Cote:

This letter is submitted on behalf of all parties.  In accordance with Your Honor's order dated September 18, 2014 (Dkt. 328) regarding submission by the parties of a report on mediation efforts, the parties are pleased to report that they have jointly retained the Honorable Daniel Weinstein (Retired), a nationally recognized mediator affiliated with JAMS.  Liaison counsel for the parties held a preliminary telephone conference with Judge Weinstein late last month, during which they discussed a number of threshold issues relevant to the mediation procedure and scheduled an initial in person mediation session with all parties represented for January 22, 2015, in New York.  Judge Weinstein requested, and the parties are now preparing, confidential submissions addressing various issues.  The submissions are due next month before the scheduled mediation session.

Respectfully yours,

*/s/ Robert F. Wise*

Robert F. Wise

cc:   All counsel (by ECF)