UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates to: All Actions | Master Docket No.: 13 MD 2476 (DLC)<br><br>**AFFIDAVIT PURSUANT TO LOCAL RULE 1.4** |

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF YORK      )

I, David G. Januszewski, being duly sworn, depose and say, under penalty of perjury:

1. I am a member of the Bar of this Court and of the firm Cahill Gordon & Reindel LLP. I make this declaration in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York in support of Barclays Bank PLC's ("Barclays") Motion for Withdrawal of Counsel.

2. Barclays has requested that the Court relieve Nathan P. Eimer, Esq., Susan M. Razzano, Esq., and Alexis G. Chardon, Esq. of Eimer Stahl LLP as attorneys of record for Barclays in this action, and remove Mr. Eimer, Ms. Razzano, and Ms. Chardon from service of any further pleadings or papers in connection with this action.

3. Mr. Eimer, Ms. Razzano, and Ms. Chardon served as Barclays' local counsel in this action when it was before Judge Milton Shadur in the Northern District of Illinois, and before it was transferred to the Southern District of New York. Transfer has obviated the need for Barclays to continue to retain local counsel in the Northern District of Illinois, and Mr. Eimer's, Ms. Razzano's, and Ms. Chardon's representation of Barclays in this action has accordingly ended. Counsel of record from the law firm of Cahill Gordon & Reindel LLP will continue to represent Barclays in this action.

4. No delay or prejudice to any party will result from Mr. Eimer's, Ms. Razzano's, and Ms. Chardon's withdrawal.

_____
DAVID G. JANUSZEWSKI

Subscribed and sworn to before me
this 14th day of January 2015

_____
Notary Public

JOAN MURTAGH FRANKEL
Notary Public, State of New York
No. 02FR6066378
Qualified in New York County
Commission Expires Nov. 13, 2017