```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    13md2476 (DLC)
                                         :
IN RE CREDIT DEFAULT SWAPS ANTITRUST      :       PRETRIAL
LITIGATION                               :    SCHEDULING ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At a January 22, 2015 pretrial conference, this Pretrial Scheduling Order was circulated as a draft, and the parties were given until January 30, 2015 to respond with any proposed revisions. No proposed revisions were received.

On September 18, 2014, after holding a pretrial conference, the Court "so ordered" a Joint Initial Report that set a partial schedule in this case. That schedule refers to many deadlines not by their dates certain, but instead by their relation to the date the Joint Initial Report was entered. Accordingly, it is hereby

ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this case. The September 18, 2014 Joint Initial Report is vacated to the extent that it is inconsistent with the following schedule.

1. All fact discovery must be completed by **January 22, 2016.**

2. Plaintiffs' opening merits expert reports must be served by **April 8, 2016.** Defendants' merits expert reports must be served by **June 10, 2016.** Plaintiffs' reply merits expert reports must be served by **August 5, 2016.**

3. Depositions of expert witnesses must occur by **September 9, 2016.**

4. All discovery must be completed by **September 9, 2016.**

5. The following motions will be served by the dates indicated below.

    Any motion for class certification by plaintiffs:

    -   Motion served by **January 22, 2016.**

   - Opposition served by **February 12, 2016**.
   - Reply served by **February 26, 2016**.

   Any motion for summary judgment by any party:

   - Motion served by **October 21, 2016**.
   - Opposition served by **November 18, 2016**.
   - Reply served by **December 16, 2016**.

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

6. The next pretrial conference is scheduled for **September 11, 2015** at **10:00 a.m.** in Courtroom 15B, 500 Pearl Street. The parties shall be prepared to discuss all topics appropriate for a pretrial conference pursuant to Fed. R. Civ. P. 16. Specifically, as discussed on the record during the September 18, 2014 pretrial conference, at the September 11, 2015 conference a firm trial date and a schedule for the rest of the case will be set. The parties shall meet and confer before the conference. Following their meet-and-confer, the parties may make any necessary submissions to the Court by no later than **noon** on **September 9, 2015**.

SO ORDERED:

Dated:     February 2, 2015
           New York, New York

                                   _____
                                           DENISE COTE
                                   United States District Judge