```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X       13md2476 (DLC)
                                         :
                                         :       REVISED PRETRIAL
IN RE CREDIT DEFAULT SWAPS ANTITRUST     :       SCHEDULING ORDER
LITIGATION                               :
                                         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At a January 22, 2015 pretrial conference, a Pretrial Scheduling Order was circulated as a draft, and the parties were given until January 30, 2015 to respond with any proposed revisions. No proposed revisions were received by January 30, and on February 2, the Court entered the Order. Thereafter, the parties submitted proposed revisions. Accordingly, it is hereby

ORDERED that the following revised schedule shall govern the further conduct of pretrial proceedings in this case. The Pretrial Scheduling Order entered earlier on February 2 is vacated to the extent that it is inconsistent with the following revised schedule.

1. All fact discovery must be completed by **January 22, 2016.**

2. Plaintiffs' opening merits expert reports must be served by **April 8, 2016.** Defendants' merits expert reports must be served by **June 10, 2016.** Plaintiffs' reply merits expert reports must be served by **August 5, 2016.**

3. Depositions of expert witnesses must occur by **September 9, 2016.**

4. All discovery must be completed by **September 9, 2016.**

5. The following motions will be served by the dates indicated below.

    Any motion for class certification by plaintiffs:

    -    Motion served by **August 31, 2015.**

      -    Opposition served by **October 17, 2015**.
      -    Reply served by **November 18, 2015**.

Any motion for summary judgment by any party:

      -    Motion served by **September 23, 2016**.
      -    Opposition served by **November 7, 2016**.
      -    Reply served by **December 7, 2016**.

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

6.   The next pretrial conference is scheduled for **September 11, 2015** at **10:00 a.m.** in Courtroom 15B, 500 Pearl Street. The parties shall be prepared to discuss all topics appropriate for a pretrial conference pursuant to Fed. R. Civ. P. 16. Specifically, as discussed on the record during the September 18, 2014 pretrial conference, at the September 11, 2015 conference a firm trial date and a schedule for the rest of the case will be set. The parties shall meet and confer before the conference. Following their meet-and-confer, the parties may make any necessary submissions to the Court by no later than **noon** on **September 9, 2015**.

SO ORDERED:

Dated:    February 2, 2015
          New York, New York

_____
DENISE COTE
United States District Judge

2