Case 1:13-md-02476-DLC   Document 406   Filed 05/04/15   Page 1 of 4

**Letter Re: Status of Defendants Document Production**

May 4, 2015

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312



5/6/2015

Re:   *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

    We represent the Plaintiff class in the above-captioned matter. We write with the consent of Defendants to update the Court regarding the status of Defendants' document production. Pursuant to the parties' Joint Initial Report, so ordered by Your Honor on September 18, 2014 (Docket Entry No. 334), the parties' deadline for substantial completion of document production is seven months from the service of document requests. Plaintiffs served such requests on the Dealer Defendants on September 25, 2014, on Defendants Markit Group Holdings Ltd. and Markit Group Ltd. (collectively "Markit") on October 1, 2014, and Defendant International Swaps and Derivatives Association ("ISDA") on October 3, 2014. As such, the Dealer Defendants' deadline for substantial completion was April 27, 2015, the deadline for Markit was May 1, and the deadline for ISDA is today.[1]

    Defendants have represented that they have been making diligent efforts to meet the applicable production deadlines. Defendant Goldman Sachs has confirmed that it has substantially completed document production and Defendant ISDA has indicated that it is endeavoring to do so by its deadline. The remaining Defendants that have provided specific estimates have represented that they expect to substantially complete production over the course of the next four weeks, with certain limited exceptions that the parties already have identified in their discussions. A summary of Defendants' production status is included in the attached Appendix A.



    In order that document and deposition discovery proceed expeditiously, the parties request that the Court set May 29, 2015 as Defendants' deadline for substantial completion of document production.[2]

Approved.
/s/ Denise Cote
5/5/15

    The parties are available to discuss this matter with the Court should it have any questions.

---

    [1]  Defendants served such requests on Plaintiffs on October 22, 2014, and thus the deadline for Plaintiffs is May 22.

    [2]  With respect to production of materials in those categories Defendants have advised Plaintiffs cannot likely be completed within the additional four week period, the parties will continue to confer and to attempt to reach agreement on final completion dates. The parties each reserve the right to raise such issues with the Court, as necessary.

**The Honorable Denise L. Cote**  May 4, 2015

Respectfully submitted,

/s/ Jonathan Oblak

Jonathan Oblak

The Honorable Denise L. Cote                                May 4, 2015

### Appendix A: Non-DOJ Documents Produced By Defendants

| Defendant | Production Date | Production Bates Range | Projected Completion Date |
|---|---|---|---|
| Bank of America | 4.03.2015<br>4.20.2015<br>4.23.2015<br>4.27.2015 | CDS_BOA_00000514 - CDS_BOA_00236374<br>CDS_BOA_00236375 - CDS_BOA_00509147<br>CDS_BOA_00509148 - CDS_BOA_01551386<br>CDS_BOA_01551387 - CDS_BOA_01551538 | End of May |
| Barclays | 4.24.2015<br><br>5.1.2015 | BARCLAYSCDS00659187 - BARCLAYSCDS00744017<br>BARCLAYSCDS00744018 - BARCLAYSCDS00923412 | End of May |
| BNP Paribas | 4.27.2015 | BNPP-CDS-00001014 - BNPP-CDS-00108816 | End of May |
| Citibank | 4.15.2015<br><br>4.24.2015<br><br>4.27.2015 | CITI-CDSMDL-000454492 - CITI-CDSMDL-000464593<br>CITI-CDSMDL-000464594 - CITI-CDSMDL-000469588<br>CITI-CDSMDL-000469589 - CITI-CDSMDL-000490289 | End of May |
| Credit Suisse | 4.17.2015<br>4.27.2015 | CS-CDS-MDL00925805 - CS-CDS-MDL00932979<br>CS-CDS-MDL00932980 - CS-CDS-MDL01310891 | Not Provided |
| Deutsche Bank | 4.27.2015<br>4.29.2015<br>5.1.2015 | DB_CDS00000001 - DB_CDS00054856<br>DB_CDS00054857 - DB_CDS00086476<br>DB_CDS00086477 - DB_CDS00149852 | End of May |
| Goldman Sachs | 4.8.2015<br>4.24.2015<br>4.27.2015 | GS-CDS-MDL04647276 - GS-CDS-MDL05087223<br>GS-CDS-MDL05087224 - GS-CDS-MDL07576495<br>GS-CDS-MDL07576496 - GS-CDS-MDL07576500 | Substantially Complete |
| HSBC | 4.27.2015 | HSBC-CDS00001214 - HSBC-CDS00374402 | Not Provided |
| ISDA | 3.4.2015<br>4.10.2015 | ISDACDS00226966 - ISDACDS00227584<br>ISDACDS00227585 - ISDACDS00364143 | May 4, 2015 |
| JPMorgan | 4.20.2015<br>4.27.2015 | JPMCCDS00000298 - JPMCCDS00504588<br>JPMCCDS00504589 - JPMCCDS00925481 | Mid-End of May |

3

The Honorable Denise L. Cote                                          May 4, 2015

| | | | |
|---|---|---|---|
| **Markit**[3] | 4.21.2015<br>5.1.2015 | MKT-CDS-MDL006778652 - MKTCDS-MDL006907355<br>MKT-CDS-MDL006907356 -MKTCDS-MDL007698353 | May 15, 2015 |
| **Morgan Stanley** | 4.11.2015<br>4.17.2015<br>4.21.2015<br>4.23.2015<br>4.27.2015<br>4.27.2015 | MS-CDS00593374 - MS-CDS00789931<br>MS-CDS00789932 - MS-CDS01121471<br>MS-CDS01121472 - MS-CDS01511583<br>MS-CDS01511584 - MS-CDS02038375<br>MS-CDS02038376 - MS-CDS02997696<br>MS-CDS02997697 - MS-CDS03684324 | Mid-May |
| **RBS** | 3.23.2015<br>4.16.2015<br>4.21.2015<br>4.27.2015<br>4.27.2015 | RBS-CDS-0000000002 - RBS-CDS-0000000239<br>RBS-CDS-0000000240 - RBS-CDS-0000016656<br>RBS-CDS-0000016657 - RBS-CDS-0000016896<br>RBS-CDS-0000016897 - RBS-CDS-0000172653<br>RBS-CDS-0000172654 - RBS-CDS-0000172885 | End of May |
| **UBS** | 4.20.2015<br>4.27.2015<br>4.29.2015<br>5.1.2015 | UBSCDS00455137 - UBSCDS00480931<br>UBSCDS00480932 – UBSCDS00597192<br>UBSCDS00597193 - UBSCDS00597649<br>UBSCDS00597650 – UBSCDS00611919 | End of May |

---

[3] As discussed at last week's conference, Plaintiffs and Markit were at an impasse regarding Markit's custodians and the date ranges of Markit's production. As of April 28, Markit represented that it expects to substantially complete production of documents from five custodians—three of which cover the time period from September 1, 2011 to December 31, 2013—by May 1, and to substantially complete productions from four other custodians—all of which cover the time period from September 1, 2011 to December 31, 2013—by May 15.