# Proskauer»

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 29, 2015

Via ECF

Jonathan P. Shaub
Attorney at Law
d 212.969.3171
f 212.969.2900
jshaub@proskauer.com
www.proskauer.com

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York  10007-1312

Re: *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

I am writing to inform the Court that I am withdrawing my appearance on behalf of Defendants Markit Group Limited and Markit Group Holdings Limited (collectively "Markit") due to my departure from Proskauer Rose LLP (counsel for Markit) as of May 29, 2015. Markit will continue to be represented by other attorneys of Proskauer Rose LLP, whose appearances are on file with the Court. All other parties to this matter have been given notice of my withdrawal via electronic filing.  Please have my appearance removed for future notifications concerning this matter.

Respectfully submitted,

Jonathan P. Shaub

Approved.
Denise Cote
6/8/15

**MEMO ENDORSED**