UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket 1:13-md-2476 (DLC) <br><br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |
| This Document Relates to All Actions | |

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for Defendant International Swaps and Derivatives Association in the above-captioned proceedings and requests that all subsequent papers be served upon her at the address below.

Dated: Washington, DC
       June 19, 2015

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Karen R. Horvitz

Karen R. Horvitz
1155 F St. NW
Washington, DC 20004
Tel: (202) 636-5571
Fax: (202) 636-5502
karen.horvitz@stblaw.com

*Attorney for Defendant International Swaps and Derivatives Association.*