6/30/2015

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket No.: 13 MD 2476 (DLC) |
| This Document Relates to: All Actions | |

### STIPULATION FOR VOLUNTARY WITHDRAWAL OF PLAINTIFFS UNIPENSION FONDSMÆGLERSELSKAB A/S, ARKITEKTERNES PENSIONSKASSE, MP PENSION - PENSIONSKASSEN FOR MAGISTRE & PSYKOLOGER, AND PENSIONSKASSEN FOR JORDBRUGSAKADEMIKERE & DYRLÆGER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel of record, hereby stipulate to the voluntary withdrawal of Plaintiffs Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger (collectively, "Unipension Funds"). Danish privacy laws have proved to be an insurmountable obstacle to the collection and production of documents and foreign trading records necessary to fulfill the Unipension Funds' obligations as named Plaintiffs. The Unipension Funds hereby withdraw as named parties. The Unipension Funds' withdrawal is without prejudice to their status as members of the proposed class. Nothing in this Stipulation shall be deemed an admission by Defendants that the Unipension Funds are proper class members, nor an admission by Plaintiffs that the Unipension Funds are not proper class members.

So ordered.

*[signature]*

June 30, 2015

863737.1

Respectfully submitted,

*[signature]*

Azra Mehdi
THE MEHDI FIRM, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Fax: (415) 293-8001
azram@themehdifirm.com

*Counsel for Fondsmaeglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger*

---

Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com

*Counsel for Plaintiffs and the Proposed Class*

---

*[signature]*

Bruce L. Simon
Clifford H. Pearson
George S. Trevor
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com
asheanin@pswlaw.com

*Counsel for Plaintiffs and the Proposed Class*

---

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue

David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005

Respectfully submitted,

Azra Mehdi
THE MEHDI FIRM, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Fax: (415) 293-8001
azram@themehdifirm.com

*Counsel for Fondsmaeglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger*

| | |
|---|---|
| Daniel L. Brockett<br>Steig D. Olson<br>Sascha N. Rand<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>sascharand@quinnemanuel.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | Bruce L. Simon<br>Clifford H. Pearson<br>George S. Trevor<br>Aaron M. Sheanin<br>PEARSON, SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, California 94104<br>Telephone: (415) 433-9000<br>Fax: (415) 433-9008<br>bsimon@pswlaw.com<br>cpearson@pswlaw.com<br>gtrevor@pswlaw.com<br>asheanin@pswlaw.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |
| Robert F. Wise, Jr.<br>Arthur J. Burke<br>Jeremy T. Adler<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue | David G. Januszewski<br>Herbert S. Washer<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005 |

_____
Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

_____
David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 378-2200
djanuszewski@cahill.com
hwasher@cahill.com

*Attorneys for Barclays Bank PLC*


_____
David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

_____
J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*


863737.1                                    3

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 378-2200
djanuszewski@cahill.com
hwasher@cahill.com

*Attorneys for Barclays Bank PLC*

David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 378-2200
djanuszewski@cahill.com
hwasher@cahill.com

*Attorneys for Barclays Bank PLC*

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

863737.1                                   3

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 378-2200
djanuszewski@cahill.com
hwasher@cahill.com

*Attorneys for Barclays Bank PLC*

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

863737.1

3

*[signature]*
_____
Benjamin R. Nagin
Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
bnagin@sidley.com
ejoyce@sidley.com

David F. Graham*
David C. Giardina*
Jennifer E. Novoselsky
*admitted *pro hac vice*
SIDLEY AUSTIN LLP
1 S Dearborn St
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dgraham@sidley.com
dgiardina@sidley.com
jnovoselsky@sidley.com

*Attorneys for Citigroup Inc., Citibank N.A. and Citigroup Global Markets Inc.*

_____
Richard C. Pepperman II
Bradley P. Smith
John McCarthy
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.com
mccarthyj@sullcrom.com
geigerm@sullcrom.com

Robert Y. Sperling*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
rsperling@winston.com

Elizabeth P. Papez*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, DC 20006
Tel: 312-558-5600
Fax: 312-558-5700
epapez@winston.com

*Attorneys for Goldman, Sachs & Co.*

863737.1                         4

| | *Robert Sperling*/LB |
|---|---|
| Benjamin R. Nagin | Richard C. Pepperman II |
| Eamon P. Joyce | Bradley P. Smith |
| SIDLEY AUSTIN LLP | John McCarthy |
| 787 Seventh Avenue | Mark S. Geiger |
| New York, NY 10019 | SULLIVAN & CROMWELL LLP |
| Tel: (212) 839-5300 | 125 Broad Street |
| Fax: (212) 839-5599 | New York, NY 10004 |
| bnagin@sidley.com | Tel: (212) 558-4000 |
| ejoyce@sidley.com | Fax: (212) 558-3588 |
| | peppermanr@sullcrom.com |
| David F. Graham* | smithbr@sullcrom.com |
| David C. Giardina* | mccarthyj@sullcrom.com |
| Jennifer E. Novoselsky | geigerm@sullcrom.com |
| *admitted *pro hac vice* | |
| SIDLEY AUSTIN LLP | |
| 1 S Dearborn St | Robert Y. Sperling* |
| Chicago, IL 60603 | *admitted *pro hac vice* |
| Tel: (312) 853-7000 | WINSTON & STRAWN LLP |
| Fax: (312) 853-7036 | 35 West Wacker Drive |
| dgraham@sidley.com | Chicago, IL 60601-9703 |
| dgiardina@sidley.com | rsperling@winston.com |
| jnovoselsky@sidley.com | |

*Attorneys for Citigroup Inc., Citibank N.A. and Citigroup Global Markets Inc.*

Elizabeth P. Papez*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, DC 20006
Tel: 312-558-5600
Fax: 312-558-5700
epapez@winston.com

*Attorneys for Goldman, Sachs & Co.*

*/s/ Eric P. Stephens*

David P. Wales*
*admitted pro hac vice
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
dpwales@jonesday.com

Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

Paula W. Render*
Alex P. Middleton*
*admitted *pro hac vice*
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585
prender@jonesday.com
apmiddleton@jonesday.com

*Attorneys for Deutsche Bank AG*

Peter E. Greene
Boris Bershteyn
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Patrick J. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Tel: (312) 407-0508
Fax: (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

| | |
|---|---|
| David P. Wales*<br>*admitted pro hac vice<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br>dpwales@jonesday.com | /s/ Peter E. Greene<br>Peter E. Greene<br>Boris Bershteyn<br>Peter S. Julian<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>New York, NY 10036<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br>peter.julian@skadden.com |
| Tracy V. Schaffer<br>Eric P. Stephens<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>tschaffer@jonesday.com<br>epstephens@jonesday.com | |
| Paula W. Render*<br>Alex P. Middleton*<br>*admitted *pro hac vice*<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585<br>prender@jonesday.com<br>apmiddleton@jonesday.com | Patrick J. Fitzgerald<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 407-0508<br>Fax: (312) 407-0411<br>patrick.fitzgerald@skadden.com<br><br>*Attorneys for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
| *Attorneys for Deutsche Bank AG* | |

*[signature: Britt M. Miller]*

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

Andrew S. Marovitz*
Britt M. Miller*
MAYER BROWN LLP
*admitted *pro hac vice*
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for HSBC Bank plc and HSBC Bank USA, N.A.*

Charles F. Rule*
Joseph J. Bial
Amy W. Ray
CADWALADER, WICKERSHAM &
TAFT LLP
*admitted *pro hac vice*
700 6th Street, N.W.
Washington, DC 20001
Tel: (202) 862-2200
Fax: (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Royal Bank of Scotland PLC and Royal Bank of Scotland N.V.*

863737.1

6

| | |
|---|---|
| Richard A. Spehr<br>Michael O. Ware<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>Tel: (212) 506-2500<br>Fax: (212) 262-1910<br>rspehr@mayerbrown.com<br>mware@mayerbrown.com<br><br>Andrew S. Marovitz*<br>Britt M. Miller*<br>MAYER BROWN LLP<br>*admitted *pro hac vice*<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711<br>amarovitz@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>*Attorneys for HSBC Bank plc and HSBC Bank USA, N.A.* | */s/ Amy W. Ray*<br>Charles F. Rule*<br>Joseph J. Bial<br>Amy W. Ray<br>CADWALADER, WICKERSHAM & TAFT LLP<br>*admitted *pro hac vice*<br>700 6th Street, N.W.<br>Washington, DC 20001<br>Tel: (202) 862-2200<br>Fax: (202) 862-2400<br>rick.rule@cwt.com<br>joseph.bial@cwt.com<br>amy.ray@cwt.com<br><br>*Attorneys for Royal Bank of Scotland PLC and Royal Bank of Scotland N.V.* |

863737.1

6

/s/ Vanessa A. Lavely

Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*

David C. Bohan
Gil M. Soffer*
KATTEN MUCHIN ROSENMAN LLP
*admitted *pro hac vice*
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
david.bohan@kattenlaw.com
gil.soffer@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*

Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and Derivatives Association*

Alan R Kusinitz
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd. and Markit Group Ltd.*

863737.1

7

| | |
|---|---|
| Evan R. Chesler<br>Daniel Slifkin<br>Michael A. Paskin<br>Vanessa A. Lavely<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>echesler@cravath.com<br>dslifkin@cravath.com<br>mpaskin@cravath.com<br>vlavely@cravath.com<br><br>*Attorneys for Morgan Stanley & Co. LLC* | /s/ David Bohan<br>David C. Bohan<br>Gil M. Soffer*<br>KATTEN MUCHIN ROSENMAN LLP<br>*admitted *pro hac vice*<br>525 West Monroe Street<br>Chicago, IL 60661<br>Tel: (312) 902-5200<br>Fax: (312) 902-1061<br>david.bohan@kattenlaw.com<br>gil.soffer@kattenlaw.com<br><br>James J. Calder<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 940-8800<br>Fax: (212) 940-8776<br>james.calder@kattenlaw.com<br><br>*Attorneys for UBS AG and UBS Securities LLC* |
| Matthew J. Reilly<br>Abram J. Ellis<br>SIMPSON THACHER & BARTLETT LLP<br>1155 F. Street, NW<br>Washington, DC 20004<br>Tel: (202) 636-5500<br>Fax: (202) 636-5502<br>matt.reilly@stblaw.com<br>aellis@stblaw.com<br><br>Michael J. Garvey<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 544-2502<br>mgarvey@stblaw.com<br><br>*Attorneys for International Swaps and Derivatives Association* | Colin R. Kass<br>Scott M. Abeles<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 416-6800<br>Fax: (202) 416-6899<br>ckass@proskauer.com<br><br>*Attorneys for Markit Group Holdings Ltd. and Markit Group Ltd.* |

863737.1

7

<table>
<tr><td>

Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*

</td><td>

David C. Bohan
Gil M. Soffer*
KATTEN MUCHIN ROSENMAN LLP
*admitted *pro hac vice*
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
david.bohan@kattenlaw.com
gil.soffer@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*

</td></tr>
<tr><td>

/s/ Matthew J. Reilly

Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and Derivatives Association*

</td><td>

Colin R. Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd. and Markit Group Ltd.*

</td></tr>
</table>

Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*

David C. Bohan
Gil M. Soffer*
KATTEN MUCHIN ROSENMAN LLP
*admitted *pro hac vice*
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
david.bohan@kattenlaw.com
gil.soffer@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*

Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and Derivatives Association*

Colin R. Kass
/Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd. and Markit Group Ltd.*