UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket 1:13-md-2476 (DLC) |
| | ECF CASE |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to All Actions | |

     PLEASE TAKE NOTE that the undersigned hereby respectfully enters his appearance as attorney of record for defendant Credit Suisse AG in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       July 7, 2015

                                           HOGAN LOVELLS LLP

                                           By: /s/ Daniel E. Shulak
                                                Daniel E. Shulak

                                           875 Third Avenue
                                         New York, NY 10022
                                         (212) 918 3308
                                         Daniel.shulak@hoganlovells.com

                                         Attorneys for *Defendant Credit Suisse AG*