UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE: CREDIT DEFAULT SWAPS      Case No. 13 MD 2476 (DLC)
ANTITRUST LITIGATION

This Document Relates To: All Actions

-------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Stephen R. Chuk**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SC8109     My State Bar Number is: 4970273

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Ford Marrin Esposito Witmeyer & Gleser
               FIRM ADDRESS: Wall Street Plaza, New York, NY 10005
               FIRM TELEPHONE NUMBER: (212) 269-4900
               FIRM FAX NUMBER: (212) 344-4294

NEW FIRM:     FIRM NAME: Proskauer Rose LLP
               FIRM ADDRESS: 1001 Pennsylvania Ave. NW, Washington, DC 20004
               FIRM TELEPHONE NUMBER: (202) 416-6800
               FIRM FAX NUMBER: (202) 416-6899

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 17, 2015                /s/ Stephen R. Chuk
                                                        ATTORNEY'S SIGNATURE