UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
: 
: 
IN RE: CREDIT DEFAULT SWAPS : 
ANTITRUST LITIGATION : Master Docket No.:  13 MD 2476 (DLC)
: 
This Document Relates To: All Actions : 
: 
: 
: 
------------------------------------- x

TO THE CLERK OF THE COURT AND  ALL COUNSEL OF RECORD:

**NOTICE OF CHANGE OF OFFICE ADDRESS**

    **PLEASE TAKE NOTICE** that the firm of Simpson Thacher & Bartlett LLP has changed its Washington, D.C. office address.  Effective immediately, the address and contact information for Simpson Thacher & Bartlett LLP in Washington, D.C. is:

    SIMPSON THACHER & BARTLETT LLP
    900 G Street, NW
    9th Floor
    Washington, D.C. 20001
    Telephone: (202) 636-5500
    Facsimile:  (202) 636-5502

DATED: August 17, 2015        By:    /s/ Matthew J. Reilly_____

                                SIMPSON THACHER & BARTLETT LLP

                                Matthew J. Reilly
                                matt.reilly@stblaw.com (*pro hac vice*)
                                Abram J. Ellis
                                aellis@stblaw.com (*pro hac vice*)
                                900 G Street, NW
                                9th Floor
                                Washington, D.C. 20001
                                Tel:  (202) 636-5500
                                Fax: (202) 636-5502

                                *Attorneys for International Swaps and Derivatives Association*

-2-

## CERTIFICATE OF SERVICE

I certify that on August 17, 2015, I electronically filed the foregoing Change of Address with the Clerk of the Court via CM/ECF, which will send notification of such filing to all counsel registered with CM/ECF.

/s/ Abram J. Ellis          
Abram J. Ellis