quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 |
TEL (212) 849-7000 FAX (212) 849-7100



PEARSON | SIMON · WARSHAW LLP

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

August 20, 2015

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

On behalf of all parties in the above-referenced matter, we respectfully request an adjournment of the August 31, 2015 deadline by which Plaintiffs are to submit their motion for class certification. The parties propose that the deadline for filing the class certification motion, as well as further scheduling matters, be taken up at the September 11, 2015 conference before Your Honor.

Respectfully Submitted,

Dan Brockett

Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
Jonathan Oblak
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

2

*Co-Lead Counsel for Plaintiffs*

Bruce L. Simon
Clifford Pearson
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com

*Co-Lead Counsel for Plaintiffs*