UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
IN RE CREDIT DEFAULT SWAPS ANTITRUST  :   ORDER
LITIGATION                            :
------------------------------------- X   13md2476 (DLC)

On August 20, 2015, all parties in this matter jointly submitted a letter requesting an adjournment of the class certification briefing schedule.  It is hereby

ORDERED that the class certification briefing schedule is adjourned.  The class certification schedule and other scheduling matters shall be addressed during the pretrial conference on Friday, September 11, 2015 at 10:00 a.m. in Courtroom 15B at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, NY
          August 21, 2015

                                    _____
                                         DENISE COTE
                                    United States District Judge