quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100



44 Montgomery St., Suite 2450, San Francisco, CA 94104
TEL (415) 433-9000 FAX (415) 433-9008

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

September 25, 2015

VIA ECF

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

On behalf of all parties in the above-referenced matter, we are pleased to report, in accordance with the Court's direction during the September 11, 2015 conference, that the parties have resolved all substantive issues pertaining to the settlements between the defendants and plaintiffs in the above-referenced action. Settlement agreements are, accordingly, in the process of being finalized and executed, and a motion by Co-Lead Counsel for preliminary approval will be forthcoming. The parties jointly request that the Court set October 16, 2015 as the deadline for filing the motion for preliminary approval of the settlements.

Respectfully Submitted,

/s/ Daniel L. Brockett
Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
Jonathan Oblak
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

2

*Co-Lead Counsel for Plaintiffs*

Bruce L. Simon
Clifford Pearson
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com

*Co-Lead Counsel for Plaintiffs*

Cc:  All Defendants

2