**quinn emanuel** trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100



44 Montgomery St., Suite 2450, San Francisco, CA 94104
TEL (415) 433-9000 FAX (415) 433-9008

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

October 13, 2015

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

On behalf of Plaintiffs in the above-referenced matter, we write to seek leave to file a memorandum of law of up to 35 pages in support of Plaintiffs' forthcoming motion for preliminary approval of the settlements in this matter, due October 16, 2015. Plaintiffs believe up to 10 additional pages may be necessary to allow for a full description of the procedural background of and legal basis for the settlements, and to establish the legal foundation for preliminary certification of the proposed settlement class. Defendants do not oppose Plaintiffs' request.

Respectfully Submitted,

/s/ Daniel L. Brockett
Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
Jonathan Oblak
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

*Co-Lead Counsel for Plaintiffs*

Bruce L. Simon
Clifford Pearson
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com

*Co-Lead Counsel for Plaintiffs*

CC:  All Parties via ECF