**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
:
:
:
IN RE CREDIT DEFAULT SWAPS ANTITRUST   :
LITIGATION                             :     13-MD-2476 (DLC)
:
This Document Relates To: All Actions  :
:
:
:
:
:
------------------------------------------------------------------- x

**DEFENDANTS' STATEMENT IN CONNECTION
WITH THE PROPOSED SETTLEMENT**

Defendants[1] hereby submit this statement in connection with the proposed Settlement of this action solely to make clear that they neither adopt nor join in any factual or legal discussions in Plaintiffs' submissions in support of the Settlement. While Defendants have entered into the Settlement to resolve this litigation and therefore support its approval by the Court, Defendants deny wrongdoing or liability in all respects and reserve all rights to contest any facts or legal analyses set forth in Plaintiffs' submissions in the event that, for any reason, the Settlement is not approved and litigation of the claims herein resumes.

---

[1] Bank of America Corporation and Bank of America, N.A.; Barclays Bank PLC; BNP Paribas; Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.; Credit Suisse AG; Deutsche Bank AG; Goldman, Sachs & Co.; HSBC Bank PLC and HSBC Bank USA, N.A.; JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; Morgan Stanley & Co. LLC; Royal Bank of Scotland PLC; Royal Bank of Scotland N.V.; UBS AG and UBS Securities LLC; International Swaps and Derivatives Association ("ISDA"); Markit Group Holdings Ltd. and Markit Group Ltd. ("Markit"); and any other Person or Persons who are named as defendants in the Action at any time up to and including the date a Preliminary Approval Order is entered.

Dated: October 16, 2015

/s/ Arthur J. Burke
Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

/s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 378-2200
djanuszewski@cahill.com
hwasher@cahill.com

*Attorneys for Barclays Bank PLC*

/s/ David Esseks
David Esseks
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
david.esseks@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1101 New York Avenue, N.W.
Washington, DC 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
WILMERHALE LLP
250 Greenwich Street
New York, New York 10007  Map
(212) 230-8882
(212) 230-8888
Hunter, Fraser
Fraser.Hunter@wilmerhale.com

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

/s/ David F. Graham*
David F. Graham*
*admitted *pro hac vice*
SIDLEY AUSTIN LLP
1 S Dearborn St
Chicago, IL 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036
dgraham@sidley.com

Benjamin R. Nagin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
bnagin@sidley.com

*Attorneys for Citigroup Inc., Citibank N.A. and Citigroup Global Markets Inc*.

/s/ Robert Y. Sperling*
Robert Y. Sperling*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
rsperling@winston.com

Elizabeth P. Papez*
*admitted *pro hac vice*
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, DC 20006
Tel:  312-558-5600
Fax:  312-558-5700
epapez@winston.com

Richard C. Pepperman II
Bradley P. Smith
John McCarthy
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.commccarthyj@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Goldman, Sachs & Co.*

/s/ Paula W. Render*
Paula W. Render*
Alex P. Middleton*
*admitted *pro hac vice*
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel:  (312) 782-3939
Fax:  (312) 782-8585
prender@jonesday.com
apmiddleton@jonesday.com

David P. Wales*
*admitted *pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
dpwales@jonesday.com

Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Tel:  (212) 326-3939
Fax:  (212) 755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

*Attorneys for Deutsche Bank AG*

/s/ Peter E. Greene
Peter E. Greene
Boris Bershteyn
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
New York, NY 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Patrick J. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Tel:  (312) 407-0508
Fax:  (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*


/s/ Amy W. Ray
Charles F. Rule*
Joseph J. Bial
Amy W. Ray
CADWALADER, WICKERSHAM & TAFT LLP
*admitted *pro hac vice*
700 6th Street, N.W.
Washington, DC 20001
Tel:  (202) 862-2200
Fax:  (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Royal Bank of Scotland PLC and Royal Bank of Scotland N.V.*

/s/ Richard A. Spehr
Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel:  (212) 506-2500
Fax:  (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

Andrew S. Marovitz*
Britt M. Miller*
MAYER BROWN LLP
*admitted *pro hac vice*
71 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 782-0600
Fax:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for HSBC Bank plc and HSBC Bank USA, N.A.*


/s/ Daniel Slifkin
Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*

/s/ David C. Bohan
David C. Bohan
Gil M. Soffer*
KATTEN MUCHIN ROSENMAN LLP
*admitted *pro hac vice*
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
david.bohan@kattenlaw.com
gil.soffer@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800
Fax: (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*


/s/ Alan R. Kusinitz
Alan R. Kusinitz
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd. and Markit Group Ltd.*

/s/ Matthew J. Reilly
Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER &
BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel:  (202) 636-5500
Fax:  (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and Derivatives Association*