IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket No.: 13 MD 2476 (DLC) |
| THIS RELATES TO: ALL ACTIONS | |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendant International Swaps and Derivatives Association caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated: October 26, 2015

Respectfully submitted,

/s/ Abram J. Ellis
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, D.C. 200012
T: 202-636-5500
F: 202-636-5502
aellis@stblaw.com

*Counsel for International Swaps and Derivatives Association*

## CERTIFICATE OF SERVICE

I, Abram J. Ellis, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Abram J. Ellis
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, D.C. 200012
T: 202-636-5500
F: 202-636-5502
aellis@stblaw.com

*Counsel for International Swaps and Derivatives Association*