IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>THIS RELATES TO:<br>ALL ACTIONS | Master Docket No.:  13 MD 2476 (DLC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendants HSBC Bank plc and HSBC Bank USA, N.A. caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated:  October 26, 2015

Respectfully submitted,

 */s/ Britt M. Miller*
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 – Facsimile
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for HSBC Bank plc and HSBC Bank USA, N.A.*

## **CERTIFICATE OF SERVICE**

I, Britt M. Miller, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600
(312) 701-7711 – Facsimile
bmiller@mayerbrown.com