IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket No.:  13 MD 2476 (DLC) |
| THIS RELATES TO: ALL ACTIONS | |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. caused notification of the proposed class action settlement with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by certified mail through the U.S. Postal Service.

Dated:  October 26, 2015

Respectfully submitted,

 /s/ Benjamin R. Nagin
David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036
dgraham@sidley.com

Benjamin R. Nagin
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
bnagin@sidley.com

*Attorneys for Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

## **CERTIFICATE OF SERVICE**

      I, Benjamin R. Nagin, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      /s/ Benjamin R. Nagin
      Benjamin R. Nagin
      SIDLEY AUSTIN LLP
      787 Seventh Avenue
      New York, NY 10019
      Tel: (212) 839-5300
      Fax: (212) 839-5599
      bnagin@sidley.com