IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>THIS RELATES TO:<br>ALL ACTIONS | Master Docket No.:  13 MD 2476 (DLC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendant Credit Suisse AG caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated:  October 26, 2015

Respectfully submitted,

 /s/ David Sapir Lesser
David Sapir Lesser
Fraser L. Hunter, Jr.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
7 World Trade Center
New York, NY 10007
212-230-8851 (Tel.)
212-230-8888 (Fax)
david.lesser@wilmerhale.com
fraser.hunter@wilmerhale.com

*Counsel for Credit Suisse AG*

## **CERTIFICATE OF SERVICE**

      I, David Sapir Lesser, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      /s/ David Sapir Lesser
      David Sapir Lesser
      WILMER CUTLER PICKERING HALE
       AND DORR LLP
      7 World Trade Center
      New York, NY 10007
      212-230-8851 (Tel.)
      212-230-8888 (Fax)
      david.lesser@wilmerhale.com