IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket No.:  13 MD 2476 (DLC) |
| THIS RELATES TO: ALL ACTIONS | |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendants Royal Bank of Scotland plc and Royal Bank of Scotland N.V. caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated:  October 26, 2015

Respectfully submitted,

 /s/ Joseph J. Bial
Joseph J. Bial
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth St., NW
Washington, DC  20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Counsel for Royal Bank of Scotland plc
and Royal Bank of Scotland N.V.*