IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | Master Docket No.: 13 MD 2476 (DLC) |
| THIS RELATES TO: ALL ACTIONS | |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b) and (c), Defendant Deutsche Bank AG caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service.

Dated: October 26, 2015

Respectfully submitted,

 /s/ Eric P. Stephens
Eric P. Stephens
Tracy V. Schaffer
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212 326-3939
Facsimile: 212 755-7306
epstephens@jonesday.com
tschaffer@jonesday.com

Paula W. Render
(admitted pro hac vice)
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

*Attorneys for Defendant Deutsche Bank AG*

## **CERTIFICATE OF SERVICE**

      I, Eric P. Stephens, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715, to be served on counsel for all parties via the Court's CM/ECF system.

      /s/ Eric P. Stephens
      Eric P. Stephens
      JONES DAY
      222 East 41st Street
      New York, NY 10017-6702
      Telephone: 212 326-3939
      Facsimile: 212 755-7306
      epstephens@jonesday.com