UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
IN RE: CREDIT DEFAULT SWAPS          :
ANTITRUST LITIGATION                 :   Master Docket No.: 13 MD 2476 (DLC)
:
This Document Relates To: All Actions :
:
:
------------------------------------x

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendant Goldman, Sachs & Co. caused notice of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by U.S. first class mail or DHL.

Dated: October 26, 2015          Respectfully submitted,

 /s/ Robert Y. Sperling
Robert Y. Sperling*
   *admitted pro hac vice
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Fax: (312) 558-5600
rsperling@winston.com

Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com

*Counsel for Goldman, Sachs & Co.*

## **CERTIFICATE OF SERVICE**

      I, Robert Y. Sperling, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Robert Y. Sperling
Robert Y. Sperling*
*admitted pro hac vice*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Fax: (312) 558-5600
rsperling@winston.com