IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>THIS RELATES TO:<br>ALL ACTIONS | Master Docket No.:  13 MD 2476 (DLC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendants Bank of America Corporation and Bank of America, N.A. caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by Federal Express or first class mail through the U.S. Postal Service.

Dated:  October 26, 2015

Respectfully submitted,

 /s/ Arthur J. Burke
Robert F. Wise, Jr.
Arthur J. Burke
James I. McClammy
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
james.mcclammy@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation and Bank of America N.A.*

**CERTIFICATE OF SERVICE**

      I, Arthur J. Burke, an attorney, hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**, to be filed and served electronically via the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Arthur J. Burke
      Arthur J. Burke
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, NY 10017
      Tel:  (212) 450-4000
      Fax:  (212) 701-5800
      arthur.burke@davispolk.com