UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
IN RE:  CREDIT DEFAULT SWAPS        :
ANTITRUST LITIGATION                :           Master Docket No.:  13 MD 2476 (DLC)
:
This Document Relates To:  All Actions :
:
:
:
------------------------------------x

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with the Class Act Fairness Act of 2005, 28 U.S.C. §1715(b), Defendant Morgan Stanley & Co. LLC caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by the U.S. Postal Service and/or Federal Express.

Dated:  October 26, 2015               Respectfully submitted,

                                         /s/ Daniel Slifkin
                                       Evan R. Chesler
                                       Daniel Slifkin
                                       Michael A. Paskin
                                       Vanessa A. Lavely
                                       CRAVATH, SWAINE & MOORE LLP
                                       Worldwide Plaza
                                       825 Eighth Avenue
                                       New York, NY 10019
                                       Tel: (212) 474-1000
                                       Fax: (212) 474-3700
                                       echesler@cravath.com
                                       dslifkin@cravath.com
                                       mpaskin@cravath.com
                                       vlavely@cravath.com

                                       *Counsel for Defendant Morgan Stanley & Co. LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing Notice of Compliance with 28 U.S.C. § 1715 to be filed and served electronically via the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Daniel Slifkin
      Daniel Slifkin