UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | MASTER DOCKET |
| | 13 MD 2476 (DLC)  ECF Case |
| CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | |
| This Document Applies To:  All Actions | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. §1715(b), Defendant BNP Paribas caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service and/or Federal Express.

Dated:  October 27, 2015

                                      Respectfully submitted,

                                      ALLEN & OVERY LLP

                                      By:  /s/   David C. Esseks
                                               David C. Esseks
                                      1221 Avenue of the Americas
                                      New York, New York 10020
                                      Tel: 212-610-6300
                                      Email: david.esseks@allenovery.com

                                      *Attorneys for Defendant BNP Paribas*