UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | 13 MD 2476 (DLC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 26, 2015, pursuant to and in accordance with 28 U.S.C. § 1715, Defendants UBS AG and UBS Securities LLC caused notification of the proposed class action settlements with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by first class mail through the U.S. Postal Service and/or Federal Express.

Dated:  October 27, 2015

KATTEN MUCHIN ROSENMAN LLP

/s/ David C. Bohan
David C. Bohan
Gil M. Soffer*
*admitted *pro hac vice*
525 W Monroe St
Chicago, Illinois 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
david.bohan@kattenlaw.com
gil.soffer@kattenlaw.com

James J. Calder
575 Madison Ave
New York, NY 10022
Tel:  (212) 940-6460
Fax:  (212) 940-8776
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

Dated: October 27, 2015

/s/ David C. Bohan