**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

October 28, 2015

<u>VIA ECF</u>

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1610
New York, NY 10007

Re: *In re Credit Default Swaps Antitrust Litigation*, Case No. 13 MD 2476 (DLC)

Dear Judge Cote:

As discussed at yesterday's conference, we are attaching the following: (1) a revised Proposed Order Preliminarily Approving Settlements and Providing for Notice to the Settlement Class, which incorporates the changes in the schedule discussed with the Court at yesterday's conference (plus a redline showing these changes); (2) a revised Notice of Proposed Settlement and a redline showing changes to this document discussed at the conference; and (3) a revised Summary Notice and a redline showing our proposed changes to this document as well.

Respectfully submitted,

*[signature]*

Daniel L. Brockett

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG