```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
IN RE CREDIT DEFAULT SWAPS ANTITRUST      :        ORDER
LITIGATION                                :
------------------------------------- X         13md2476 (DLC)

Following a telephone conference with the parties conducted on the record on October 27, 2015, Class Counsel submitted on October 28 revised documents in connection with the settlement of this action.  Having reviewed these documents, it is hereby

ORDERED that the Preliminary Order shall be filed today with the amendments reflected on that Order.

IT IS FURTHER ORDERED that the Notice is approved with the Court's revisions reflected on the document that is being filed today, with the following exception.  Class Counsel shall advise the Court by November 4, 2015, of its proposal regarding the clause "[be submitted electronically or]" contained in the paragraph numbered 11 on page 8 of the Notice.

IT IS FURTHER ORDERED that the Summary Notice, which is also being filed today, is approved without revision.

Dated:    New York, New York
          October 29, 2015

                                    _____
                                           DENISE COTE
                                    United States District Judge