**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S INTERNET ADDRESS
**danbrockett@quinnemanuel.com**

November 3, 2015

**VIA ECF**

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1610
New York, NY 10007

Re:   *In re Credit Default Swaps Antitrust Litigation*, Case No. 13 MD 2476 (DLC)

Dear Judge Cote:

In accordance with the Court's October 29, 2015 Order, we submit the attached revised Notice of Proposed Settlement reflecting the changes suggested by the Court. As reflected in the revised Notice, we have clarified the language in the paragraph numbered 11 on page 8 of the Notice and made the other revisions suggested by the Court. A redline reflecting these changes is also attached for the Court's convenience.

Respectfully submitted,

*/s/ Dan Brockett*

Daniel L. Brockett

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG