quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2015

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

November 3, 2015

VIA ECF

Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1610
New York, NY 10007

**MEMO ENDORSED**

Re: *In re Credit Default Swaps Antitrust Litigation*, Case No. 13 MD 2476 (DLC)

Dear Judge Cote:

In accordance with the Court's October 29, 2015 Order, we submit the attached revised Notice of Proposed Settlement reflecting the changes suggested by the Court. As reflected in the revised Notice, we have clarified the language in the paragraph numbered 11 on page 8 of the Notice and made the other revisions suggested by the Court. A redline reflecting these changes is also attached for the Court's convenience.

Respectfully submitted,

Dan Brockett

Daniel L. Brockett

Approved.

Denise Cote
11/3/15

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG