**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | 13 MD 2476 (DLC) |

## MOTION TO WITHDRAW AS COUNSEL

Defendants UBS AG and UBS Securities LLC (collectively "UBS") hereby move this Court for an Order allowing Elliott M. Bacon to withdraw as counsel for UBS. In support of such motion and in conformance with Local Rule 1.4, the undersigned states the following:

- After December 31, 2015, Mr. Bacon will no longer be associated with the law firm of Katten Muchin Rosenman LLP.

- Katten Muchin Rosenman LLP continues to be counsel of record for UBS in this matter.

Dated:  December 30, 2015

KATTEN MUCHIN ROSENMAN LLP

/s/ Elliott M. Bacon
Elliott M. Bacon*
*admitted *pro hac vice*
525 W Monroe St
Chicago, Illinois 60661
Tel: (312) 902-5200
Fax: (312) 902-1061
elliott.bacon@kattenlaw.com

*Attorney for UBS AG and UBS Securities LLC*