UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: CREDIT DEFAULT SWAPS :
ANTITRUST LITIGATION : 13 MD 2476 (DLC)
:
This Document Relates To: All Actions :
:
:
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 1/04/2016

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for Bank of America and the accompanying declaration of Jeremy T. Adler,

IT IS HEREBY ORDERED that the motion of Jeremy T. Adler to withdraw as counsel for Bank of America is granted, and Mr. Adler's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Mr. Adler from the CM/ECF service list for this action.

Dated: Jan 4, 2016

Respectfully submitted,

_____
Honorable Denise L. Cote
United States District Judge