UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re Credit Default Swaps
Antitrust Litigation

Case No.  13 MD 2476 (DLC)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robert N. Cappucci
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RC-2193      My State Bar Number is n/a

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Entwistle & Cappucci
             FIRM ADDRESS: 280 Park Avenue, 26th Fl. W. New York, NY 10017
             FIRM TELEPHONE NUMBER: 212-894-7200
             FIRM FAX NUMBER: 212-894-7272

NEW FIRM:    FIRM NAME: Entwistle & Cappucci
             FIRM ADDRESS: 299 Park Avenue, 20th Fl. New York, NY 10171
             FIRM TELEPHONE NUMBER: 212-894-7200
             FIRM FAX NUMBER: 212-894-7272

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/06/16                       s/ Robert N. Cappucci
                                      ATTORNEY'S SIGNATURE