UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re Credit Default Swaps                    Case No.  13 MD 2476 (DLC)
Antitrust Litigation

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Vincent R. Cappucci_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: VC-6864      My State Bar Number is  n/a

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Entwistle & Cappucci LLP
            FIRM ADDRESS: 280 Park Avenue, 26th Fl. West, New York, NY 10017
            FIRM TELEPHONE NUMBER: 212-894-7200
            FIRM FAX NUMBER: 212-894-7272

NEW FIRM:   FIRM NAME: Entwistle & Cappucci LLP
            FIRM ADDRESS: 299 Park Avenue, 20th Floor New York, NY 10171
            FIRM TELEPHONE NUMBER: 212-894-7200
            FIRM FAX NUMBER: 212-894-7272

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/06/16                    s/ Vincent R. Cappucci
                                   _____
                                   ATTORNEY'S SIGNATURE