**quinn emanuel trial lawyers | new york**
51 Madison Avenue, 22nd Floor
New York, New York 10010
TEL (212) 849-7000 FAX (212) 849-7100

 PEARSON | SIMON · WARSHAW LLP
44 Montgomery St., Suite 2450
San Francisco, CA 94104
TEL (415) 433-9000 FAX (415) 433-9008

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S INTERNET ADDRESS
danbrockett@quinnemanuel.com

January 19, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-19-2016

VIA ECF

The Honorable Denise Cote
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

Re:   *In re Credit Default Swaps Antitrust Litig.*, No. 13 MD 2476 (DLC)

Dear Judge Cote:

On behalf of Plaintiffs in the above-referenced matter, we write pursuant to the Court's Individual Rule 3.B to seek leave to file a memorandum of law of up to 40 pages in support of Plaintiffs' forthcoming Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for Class Representatives, due January 29, 2016. We believe up to 15 additional pages are necessary to allow for a full description of the work performed and results achieved by Plaintiffs' counsel, and to establish the factual and legal basis for the requested fees, costs, and awards.

Respectfully,

/s/ Daniel L. Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Granted.*
*/s/ Denise Cote*
*1/19/16*

CC:   All Parties via ECF

**MEMO ENDORSED**