UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                                         :

IN RE CREDIT DEFAULT SWAPS ANTITRUST    :
LITIGATION                                                  :
                                                                     :   13 MD 2476 (DLC)

This Document Relates To: All Actions         :

------------------------------------------------------------------ x

# CLASS COUNSEL'S NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR CLASS <u>REPRESENTATIVES</u>

PLEASE TAKE NOTICE that Plaintiffs and Class Counsel hereby move for an award of attorneys' fees, reimbursement of expenses, and incentive awards to named plaintiffs Los Angeles County Employees Retirement Association and Salix Capital US Inc. Plaintiffs and Class Counsel bring this motion pursuant to Federal Rule of Civil Procedure 23(h).

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Law, the declarations in support of the Motion, any papers filed in reply, and oral and documentary evidence as may be presented at any hearing of this Motion.

Dated: January 29, 2016.

                                                 Respectfully Submitted,

                                                 <u>/s/ Daniel L. Brockett</u>
                                                 Daniel L. Brockett
                                                 Steig D. Olson
                                                 Sascha N. Rand
                                                 Jonathan Oblak
                                                 51 Madison Avenue, 22nd Floor
                                                 New York, New York 10010
                                                 Telephone: (212) 849-7000
                                                 Fax: (212) 849-7100

danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

*Lead Counsel for Plaintiffs*

Bruce L. Simon
Clifford Pearson
George S. Trevor
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com

*Co-Lead Counsel for Plaintiffs*