| SDR Trade Reference ID | Buyside Trade Reference Number | Dealer Name | CDS Product Type | Trade Date | Transaction Type | Notional Value - US Dollars |
|---|---|---|---|---|---|---|
| 17816468 | 9651 | BARCLAYS BANK PLC | CDS | 10/13/2011 | B | 1,000,000.00 |
| 17816704 | 10542 | BARCLAYS BANK PLC | CDX |  | S | 21,000,000.00 |
| 17824901 | 11880 | BNP PARIBAS SA | CDX | 10/13/2011 | B | 1,000,000.00 |
| 17824904 | 11882 | BNP PARIBAS SA | CDX | 10/13/2011 | B | 1,000,000.00 |
| 17867455 | 14147 | BNP PARIBAS SA | CDX | 10/14/2011 | S | 2,000,000.00 |
| 17874755 | 14729 | BNP PARIBAS SA | CDS | 10/14/2011 | S | 5,000,000.00 |
|  | 18486 | CITIBANK NA NEW YORK | CDX | 10/18/2011 | S | 5,000,000.00 |
| 17899110 | 18487 | BARCLAYS BANK PLC | CDX | 10/18/2011 | S | 30,000,000.00 |
| 17899124 | 19386 | BARCLAYS BANK PLC | CDX | 10/18/2011 | B | 1,000,000.00 |
| 17899142 | 19452 | CREDIT SUISSE INTERNATIONA | CDS | 10/18/2011 | S | 3,000,000.00 |
| 17928667 | 23213 | BARCLAYS BANK PLC | CDX | 10/19/2011 | B | 25,000,000.00 |
| 18034237 | 31298 | BARCLAYS BANK PLC | CDX | 10/24/2011 | B | 25,000,000.00 |
| 18047206 | 32925 | BARCLAYS BANK PLC | CDX | 10/25/2011 | S | 25,000,000.00 |
|  | 40799 | BNP PARIBAS SA | CDX | 10/28/2011 | S | 5,000,000.00 |
|  | 40804 | BNP PARIBAS SA | CDX | 10/28/2011 | S | 1,000,000.00 |
|  | 427249 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 427258 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 429611 | Deutsche Bank London Branch | CDS |  | B | 5,000,000.00 |
|  | 429725 | Deutsche Bank London Branch | CDS |  | S | 5,000,000.00 |
| 12462843 | 432168 | Deutsche Bank London Branch | CDS |  | B | 2,000,000.00 |
|  | 432246 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 432482 | Deutsche Bank London Branch | CDS |  | B | 10,000,000.00 |
|  | 433262 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
|  | 434065 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
|  | 434449 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
| 12371786 | 434576 | Deutsche Bank London Branch | CDS |  | S | 5,000,000.00 |
|  | 436135 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 436623 | Deutsche Bank London Branch | CDS |  | S | 10,000,000.00 |
|  | 436718 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
|  | 437230 | Deutsche Bank London Branch | CDX |  | B | 10,000,000.00 |
|  | 437246 | Deutsche Bank London Branch | CDX |  | S | 10,000,000.00 |
|  | 438495 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 439342 | Deutsche Bank London Branch | CDX |  | B | 5,000,000.00 |
|  | 439348 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 439838 | Deutsche Bank London Branch | CDX |  | S | 5,000,000.00 |
| 12371788 | 439842 | Deutsche Bank London Branch | CDS |  | S | 5,000,000.00 |
|  | 440124 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
|  | 440845 | Deutsche Bank London Branch | CDX |  | S | 25,000,000.00 |
|  | 441612 | Deutsche Bank London Branch | CDS |  | B | 5,000,000.00 |
|  | 441701 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |
|  | 441703 | Deutsche Bank London Branch | CDX |  | B | 25,000,000.00 |

Exhibit A

A-1

| | | | | | |
|---|---|---|---|---|---:|
| | 441778 | Deutsche Bank London Branch | CDX | S | 25,000,000.00 |
| | 441820 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| 12375321 | 441836 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| | 442112 | Deutsche Bank London Branch | CDX | B | 5,000,000.00 |
| 12367392 | 442143 | Deutsche Bank London Branch | CDS | B | 5,000,000.00 |
| | 442390 | Deutsche Bank London Branch | CDX | B | 5,000,000.00 |
| 12367418 | 442592 | BNP PARIBAS SA | CDS | S | 5,000,000.00 |
| 12376714 | 442601 | Deutsche Bank London Branch | CDX | B | 5,000,000.00 |
| | 442991 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| 12374723 | 443019 | BNP PARIBAS SA | CDS | B | 5,000,000.00 |
| | 443034 | Deutsche Bank London Branch | CDX | S | 25,000,000.00 |
| 12375046 | 443248 | BNP PARIBAS SA | CDS | B | 5,000,000.00 |
| | 443950 | Deutsche Bank London Branch | CDX | S | 25,000,000.00 |
| 12376731 | 443954 | BNP PARIBAS SA | CDX | S | 5,000,000.00 |
| 12376894 | 443991 | Deutsche Bank London Branch | CDS | B | 10,000,000.00 |
| 12376931 | 443996 | BNP PARIBAS SA | CDS | S | 5,000,000.00 |
| | 444116 | Deutsche Bank London Branch | CDX | B | 5,000,000.00 |
| | 444666 | Deutsche Bank London Branch | CDX | B | 5,000,000.00 |
| | 444686 | Deutsche Bank London Branch | CDS | S | 5,000,000.00 |
| 12384701 | 444716 | Deutsche Bank London Branch | CDS | B | 10,000,000.00 |
| 12384718 | 444719 | BNP PARIBAS SA | CDS | S | 5,000,000.00 |
| 12384805 | 444723 | BNP PARIBAS SA | CDS | S | 5,000,000.00 |
| | 446088 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| | 446094 | Deutsche Bank London Branch | CDX | B | 50,000,000.00 |
| | 446385 | Deutsche Bank London Branch | CDS | B | 5,000,000.00 |
| | 446489 | Deutsche Bank London Branch | CDX | B | 50,000,000.00 |
| | 446569 | Deutsche Bank London Branch | CDX | S | 50,000,000.00 |
| | 447637 | Deutsche Bank London Branch | CDX | S | 50,000,000.00 |
| 12532649 | 448180 | Deutsche Bank London Branch | CDS | B | 5,000,000.00 |
| | 448207 | Deutsche Bank London Branch | CDX | S | 10,000,000.00 |
| 12463244 | 448737 | BNP PARIBAS SA | CDS | S | 2,000,000.00 |
| | 448810 | Deutsche Bank London Branch | CDS | B | 2,000,000.00 |
| 12463260 | 448822 | Deutsche Bank London Branch | CDS | B | 2,000,000.00 |
| 12463277 | 448834 | BNP PARIBAS SA | CDS | S | 2,000,000.00 |
| | 449809 | Deutsche Bank London Branch | CDX | S | 15,000,000.00 |
| 12476509 | 449935 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| | 450991 | Deutsche Bank London Branch | CDX | S | 5,000,000.00 |
| | 450993 | Deutsche Bank London Branch | CDX | S | 5,000,000.00 |
| | 450997 | Deutsche Bank London Branch | CDX | S | 5,000,000.00 |
| 12476775 | 451001 | Deutsche Bank London Branch | CDS | S | 2,000,000.00 |
| 12476786 | 451004 | BNP PARIBAS SA | CDS | B | 2,000,000.00 |
| 12476608 | 451006 | BNP PARIBAS SA | CDX | S | 25,000,000.00 |
| | 451011 | Deutsche Bank London Branch | CDX | S | 25,000,000.00 |
| | 451013 | Deutsche Bank London Branch | CDX | B | 25,000,000.00 |
| | 451020 | Deutsche Bank London Branch | CDS | S | 2,000,000.00 |
| | 451215 | Deutsche Bank London Branch | CDX | S | 5,000,000.00 |

A-2

| ID1 | ID2 | Counterparty | Type | Date | B/S | Amount |
|---|---|---|---|---|---|---|
|  | 451350 | Deutsche Bank London Branch | CDS | [redacted] | S | 3,000,000.00 |
|  | 451675 | Deutsche Bank London Branch | CDS | [redacted] | S | 5,000,000.00 |
|  | 451736 | Deutsche Bank London Branch | CDX | [redacted] | B | 5,000,000.00 |
| 12566774 | 451774 | Deutsche Bank London Branch | CDS | [redacted] | B | 5,000,000.00 |
| 12560427 | 451944 | Deutsche Bank London Branch | CDX | [redacted] | B | 5,000,000.00 |
|  | 452036 | Deutsche Bank London Branch | CDX | [redacted] | S | 5,000,000.00 |
| 12533005 | 452710 | Deutsche Bank London Branch | CDX | [redacted] | S | 5,000,000.00 |
| 12533029 | 452715 | BNP PARIBAS SA | CDX | [redacted] | B | 5,000,000.00 |
| 12532686 | 453143 | BNP PARIBAS SA | CDS | [redacted] | S | 5,000,000.00 |
| 12539148 | 453568 | Deutsche Bank London Branch | CDX | [redacted] | B | 25,000,000.00 |
| 12539135 | 453897 | BNP PARIBAS SA | CDX | [redacted] | S | 25,000,000.00 |
| 12566226 | 454013 | BNP PARIBAS SA | CDX | 10/29/2010 | S | 5,000,000.00 |
| 12543768 | 454037 | Deutsche Bank London Branch | CDS | 10/29/2010 | S | 10,000,000.00 |
| 12543789 | 454039 | BNP PARIBAS SA | CDS | 10/29/2010 | B | 10,000,000.00 |
|  | 454846 | Deutsche Bank London Branch | CDS | 10/29/2010 | B | 3,000,000.00 |
| 12562798 | 455007 | Deutsche Bank London Branch | CDX | 10/29/2010 | B | 5,000,000.00 |
| 12560751 | 455456 | BNP PARIBAS SA | CDS | 11/1/2010 | S | 5,000,000.00 |
| 12561546 | 455633 | Deutsche Bank London Branch | CDX | 11/1/2010 | S | 50,000,000.00 |
| 12561565 | 455635 | BNP PARIBAS SA | CDX | 11/1/2010 | B | 50,000,000.00 |
|  | 455649 | Deutsche Bank London Branch | CDX | 11/1/2010 | B | 25,000,000.00 |
| 12562922 | 455789 | BNP PARIBAS SA | CDX | 11/1/2010 | S | 5,000,000.00 |
|  | 456487 | Deutsche Bank London Branch | CDX | 11/1/2010 | S | 25,000,000.00 |
| 12566850 | 456543 | Deutsche Bank London Branch | CDX | 11/1/2010 | S | 25,000,000.00 |
| 12566797 | 456599 | BNP PARIBAS SA | CDS | 11/1/2010 | S | 5,000,000.00 |
| 12566880 | 456604 | BNP PARIBAS SA | CDX | 11/1/2010 | B | 25,000,000.00 |
|  | 456693 | Deutsche Bank London Branch | CDS | 11/1/2010 | S | 5,000,000.00 |
|  | 457216 | Deutsche Bank London Branch | CDS | 11/2/2010 | S | 2,000,000.00 |
|  | 457441 | Deutsche Bank London Branch | CDX | 11/2/2010 | B | 15,000,000.00 |
|  | 458192 | Deutsche Bank London Branch | CDS | 11/2/2010 | B | 2,000,000.00 |
| 12575896 | 458194 | Deutsche Bank London Branch | CDX | 11/2/2010 | B | 10,000,000.00 |
| 12575313 | 458205 | Deutsche Bank London Branch | CDS | 11/2/2010 | B | 5,000,000.00 |
| 12575347 | 458208 | BNP PARIBAS SA | CDS | 11/2/2010 | S | 5,000,000.00 |
| 12575927 | 458589 | BNP PARIBAS SA | CDX | 11/2/2010 | S | 10,000,000.00 |
|  | 458633 | Deutsche Bank London Branch | CDS | 11/2/2010 | B | 5,000,000.00 |
| 12603349 | 460721 | BNP PARIBAS SA | CDX | 11/3/2010 | B | 15,000,000.00 |
| 12742457 | 475619 | BNP PARIBAS SA | CDS | 11/15/2010 | B | 2,000,000.00 |
| 12777065 | 481399 | BNP PARIBAS SA | CDS | 11/17/2010 | S | 5,000,000.00 |
| 12819230 | 482344 | BNP PARIBAS SA | CDS | 11/18/2010 | B | 2,000,000.00 |
| 12819264 | 482404 | BNP PARIBAS SA | CDS | 11/18/2010 | B | 2,000,000.00 |
| 12821161 | 482871 | BNP PARIBAS SA | CDS | 11/18/2010 | B | 5,000,000.00 |
| 12822948 | 483083 | BNP PARIBAS SA | CDS | 11/18/2010 | S | 5,000,000.00 |
| 12849776 | 485863 | Deutsche Bank London Branch | CDX | 11/22/2010 | S | 10,000,000.00 |
| 12902148 | 487352 | BNP PARIBAS SA | CDX | 11/22/2010 | B | 10,000,000.00 |
| 12916954 | 488424 | Deutsche Bank London Branch | CDX | 11/23/2010 | B | 10,000,000.00 |
| 12917244 | 488658 | BNP PARIBAS SA | CDS | 11/23/2010 | B | 5,000,000.00 |
| 12917313 | 488663 | BNP PARIBAS SA | CDS | 11/23/2010 | B | 5,000,000.00 |

A-3

| | | | | | |
|---|---|---|---|---|---:|
| 12925002 | 488787 | BNP PARIBAS SA | CDS | 11/23/2010 B | 10,000,000.00 |
| 12925655 | 489285 | BNP PARIBAS SA | CDS | 11/23/2010 B | 5,000,000.00 |
| 12925663 | 489639 | BNP PARIBAS SA | CDS | 11/23/2010 B | 5,000,000.00 |
| | 490366 | BNP PARIBAS SA | CDX | 11/22/2010 S | 25,000,000.00 |
| 12936178 | 490535 | BNP PARIBAS SA | CDX | 11/24/2010 B | 10,000,000.00 |
| 12936592 | 491527 | BNP PARIBAS SA | CDX | 11/24/2010 B | 15,000,000.00 |
| 12979529 | 497440 | BNP PARIBAS SA | CDS | 11/30/2010 S | 5,000,000.00 |
| 13038990 | 501836 | BNP PARIBAS SA | CDS | 12/2/2010 B | 2,000,000.00 |
| 13072577 | 506021 | BNP PARIBAS SA | CDS | 12/7/2010 B | 3,000,000.00 |
| 13079663 | 506823 | Deutsche Bank London Branch | CDX | 12/7/2010 S | 5,000,000.00 |
| 13074892 | 506828 | BNP PARIBAS SA | CDS | 12/7/2010 B | 5,000,000.00 |
| 13079126 | 508187 | BNP PARIBAS SA | CDS | 12/7/2010 B | 3,000,000.00 |
| 13175456 | 518619 | BNP PARIBAS SA | CDS | 12/14/2010 B | 2,000,000.00 |
| 13189126 | 523705 | BARCLAYS BANK PLC | CDS | 12/15/2010 S | 5,000,000.00 |
| 13192006 | 524366 | BARCLAYS BANK PLC | CDS | 12/16/2010 B | 5,000,000.00 |
| 13212120 | 529150 | BARCLAYS BANK PLC | CDS | 12/20/2010 B | 5,000,000.00 |
| 13253868 | 531258 | BARCLAYS BANK PLC | CDS | 12/21/2010 S | 5,000,000.00 |
| 13326779 | 544941 | BNP PARIBAS SA | CDS | 01/04/2011 B | 5,000,000.00 |
| 13384776 | 549547 | BARCLAYS BANK PLC | CDX | 01/06/2011 B | 10,000,000.00 |
| 13413634 | 555483 | BNP PARIBAS SA | CDS | 01/11/2011 S | 1,000,000.00 |
| 13421688 | 556938 | BNP PARIBAS SA | CDS | 01/12/2011 B | 2,000,000.00 |
| 13421804 | 557055 | BNP PARIBAS SA | CDS | 01/12/2011 B | 2,000,000.00 |
| 13550257 | 569287 | BARCLAYS BANK PLC | CDS | 01/20/2011 S | 5,000,000.00 |
| 13550271 | 569294 | BARCLAYS BANK PLC | CDS | 01/20/2011 S | 5,000,000.00 |
| 13554562 | 569991 | BNP PARIBAS SA | CDS | 01/20/2011 B | 2,000,000.00 |
| 13571486 | 570915 | BARCLAYS BANK PLC | CDS | 01/21/2011 B | 2,000,000.00 |
| 13575986 | 571268 | BARCLAYS BANK PLC | CDX | 01/21/2011 S | 15,000,000.00 |
| 13572151 | 571478 | BNP PARIBAS SA | CDS | 01/21/2011 B | 3,000,000.00 |
| 13572163 | 571480 | BNP PARIBAS SA | CDS | 01/21/2011 B | 2,000,000.00 |
| 13662265 | 580627 | Deutsche Bank London Branch | CDX | 01/27/2011 S | 15,000,000.00 |
| 13686308 | 582596 | BARCLAYS BANK PLC | CDX | 01/28/2011 S | 2,000,000.00 |
| 13698685 | 584867 | BARCLAYS BANK PLC | CDX | 01/31/2011 S | 2,000,000.00 |
| 14030202 | 621123 | BARCLAYS BANK PLC | CDX | 02/22/2011 S | 2,000,000.00 |
| 14030212 | 621271 | BARCLAYS BANK PLC | CDX | 02/22/2011 S | 1,000,000.00 |
| 14156767 | 630515 | BNP PARIBAS SA | CDS | 02/28/2011 S | 5,000,000.00 |
| 14167881 | 632468 | BARCLAYS BANK PLC | CDX | 03/01/2011 S | 2,000,000.00 |
| 14197035 | 634984 | BARCLAYS BANK PLC | CDX | 03/02/2011 S | 2,000,000.00 |
| 14197854 | 636598 | Deutsche Bank London Branch | CDX | 03/02/2011 S | 2,000,000.00 |
| 14227466 | 640576 | BARCLAYS BANK PLC | CDX | 03/04/2011 S | 2,000,000.00 |
| 14229741 | 641446 | BNP PARIBAS SA | CDS | 03/04/2011 B | 2,000,000.00 |
| 14238247 | 642787 | BARCLAYS BANK PLC | CDS | 03/07/2011 S | 2,000,000.00 |
| 14248762 | 645705 | BNP PARIBAS SA | CDS | 03/08/2011 B | 5,000,000.00 |
| 14293472 | 650211 | BARCLAYS BANK PLC | CDS | 03/10/2011 S | 5,000,000.00 |
| 14293484 | 650363 | BNP PARIBAS SA | CDS | 03/10/2011 S | 3,000,000.00 |
| 14293566 | 650451 | BARCLAYS BANK PLC | CDS | 03/10/2011 S | 2,000,000.00 |
| 14314963 | 653511 | CREDIT SUISSE INTERNATIONA | CDX | 03/11/2011 S | 25,000,000.00 |
| 14321950 | 654944 | BNP PARIBAS SA | CDS | 03/14/2011 S | 2,000,000.00 |

A-4

| | | | | | | |
|---|---|---|---|---|---|---:|
| 14372695 | 658389 | BARCLAYS BANK PLC | CDS | 03/15/2011 | S | 2,000,000.00 |
| 14372873 | 658396 | BARCLAYS BANK PLC | CDS | 03/15/2011 | S | 2,000,000.00 |
| 14372672 | 658399 | BARCLAYS BANK PLC | CDS | 03/15/2011 | S | 2,000,000.00 |
| 14379306 | 659330 | BARCLAYS BANK PLC | CDS | 03/15/2011 | S | 2,000,000.00 |
| 14388939 | 660516 | BARCLAYS BANK PLC | CDX | 03/16/2011 | B | 2,000,000.00 |
| 14383847 | 661516 | BARCLAYS BANK PLC | CDS | 03/16/2011 | S | 1,000,000.00 |
| 14383883 | 661552 | UBS AG | CDS | 03/16/2011 | S | 1,000,000.00 |
| 14400062 | 663227 | CITIBANK NA  NEW YORK | CDS | 03/17/2011 | B | 1,000,000.00 |
| 14404880 | 663675 | BARCLAYS BANK PLC | CDX | 03/17/2011 | B | 1,000,000.00 |
| 14404812 | 663908 | BNP PARIBAS SA | CDX | 03/17/2011 | S | 2,000,000.00 |
| 14417474 | 666882 | BARCLAYS BANK PLC | CDS | 03/18/2011 | B | 2,000,000.00 |
| 14414893 | 666898 | BARCLAYS BANK PLC | CDS | 03/18/2011 | B | 1,000,000.00 |
| 14427278 | 667032 | Deutsche Bank London Branch | CDX | 03/21/2011 | S | 2,000,000.00 |
| 14445648 | 668545 | BARCLAYS BANK PLC | CDX | 03/22/2011 | S | 2,000,000.00 |
| 14449255 | 669688 | BARCLAYS BANK PLC | CDS | 03/22/2011 | B | 2,000,000.00 |
| 14481908 | 671783 | BARCLAYS BANK PLC | CDX | 03/23/2011 | S | 2,000,000.00 |
| | 672619 | UBS AG | CDS | 03/23/2011 | B | 2,000,000.00 |
| | 672624 | UBS AG | CDS | 03/24/2011 | S | 2,000,000.00 |
| 14521990 | 676250 | UBS AG | CDS | 03/28/2011 | B | 3,000,000.00 |
| | 677016 | UBS AG | CDS | 03/25/2011 | B | 2,000,000.00 |
| | 677020 | UBS AG | CDS | 03/28/2011 | S | 2,000,000.00 |
| 14727004 | 698329 | BARCLAYS BANK PLC | CDX | 04/12/2011 | S | 2,000,000.00 |
| 14726526 | 698474 | UBS AG | CDX | 04/12/2011 | B | 2,000,000.00 |
| 14761660 | 701242 | BARCLAYS BANK PLC | CDX | 04/14/2011 | B | 2,000,000.00 |
| 14833602 | 706249 | UBS AG | CDS | 04/19/2011 | B | 2,000,000.00 |
| 14833595 | 706253 | UBS AG | CDS | 04/19/2011 | B | 2,000,000.00 |
| 14836503 | 707543 | BARCLAYS BANK PLC | CDX | 04/19/2011 | S | 2,000,000.00 |
| 14842621 | 707962 | UBS AG | CDS | 04/20/2011 | B | 2,000,000.00 |
| 14842737 | 708505 | UBS AG | CDS | 04/20/2011 | B | 3,000,000.00 |
| 14914191 | 715235 | UBS AG | CDS | 04/28/2011 | S | 5,000,000.00 |
| 14919723 | 717754 | BARCLAYS BANK PLC | CDX | 04/29/2011 | S | 25,000,000.00 |
| 14925050 | 718749 | CITIBANK NA  NEW YORK | CDX | 05/02/2011 | S | 2,000,000.00 |
| 14938164 | 720040 | BARCLAYS BANK PLC | CDX | 05/03/2011 | S | 1,000,000.00 |
| 14938270 | 720093 | BARCLAYS BANK PLC | CDX | 05/03/2011 | S | 1,000,000.00 |
| 14965261 | 722024 | BNP PARIBAS SA | CDX | 05/04/2011 | S | 2,000,000.00 |
| 14999372 | 725283 | BARCLAYS BANK PLC | CDX | 05/06/2011 | S | 1,000,000.00 |
| 14999378 | 725288 | BARCLAYS BANK PLC | CDX | 05/06/2011 | S | 1,000,000.00 |
| 15034085 | 729852 | UBS AG | CDS | 05/11/2011 | S | 3,000,000.00 |
| 15085965 | 736852 | BARCLAYS BANK PLC | CDX | 05/16/2011 | S | 1,000,000.00 |
| 15095689 | 739451 | CITIBANK NA  NEW YORK | CDS | 05/17/2011 | S | 1,000,000.00 |
| 15133256 | 740080 | UBS AG | CDX | 05/18/2011 | B | 2,000,000.00 |
| 15133157 | 740733 | UBS AG | CDS | 05/18/2011 | S | 3,000,000.00 |
| 15133271 | 740767 | UBS AG | CDX | 05/18/2011 | S | 10,000,000.00 |
| 15146126 | 742635 | CITIBANK NA  NEW YORK | CDS | 05/19/2011 | B | 1,000,000.00 |
| 15175021 | 745864 | BNP PARIBAS SA | CDX | 05/23/2011 | S | 20,000,000.00 |
| 15171788 | 746215 | UBS AG | CDS | 05/23/2011 | S | 5,000,000.00 |
| 15187549 | 747832 | CITIBANK NA  NEW YORK | CDX | 05/24/2011 | S | 10,000,000.00 |

A-5

| | | | | | | |
|---|---|---|---|---|---|---:|
| 15357034 | 762249 | UBS AG | CDS | 06/06/2011 | B | 2,000,000.00 |
| 15357041 | 762254 | UBS AG | CDS | 06/06/2011 | B | 1,000,000.00 |
| 15403026 | 767710 | BARCLAYS BANK PLC | CDX | 06/08/2011 | S | 14,400,000.00 |
| 15403005 | 768185 | UBS AG | CDS | 06/08/2011 | S | 5,000,000.00 |
| 15405917 | 769271 | Deutsche Bank London Branch | CDX | 06/09/2011 | S | 4,800,000.00 |
| 15405926 | 769274 | Deutsche Bank London Branch | CDX | 06/09/2011 | S | 2,400,000.00 |
| 15405933 | 769276 | Deutsche Bank London Branch | CDX | 06/09/2011 | B | 3,000,000.00 |
| 15405944 | 769280 | Deutsche Bank London Branch | CDX | 06/09/2011 | B | 1,500,000.00 |
| 15411137 | 770226 | Deutsche Bank London Branch | CDX | 06/09/2011 | S | 14,440,000.00 |
| 15406098 | 770291 | UBS AG | CDS | 06/09/2011 | B | 1,000,000.00 |
| 15428553 | 773189 | BARCLAYS BANK PLC | CDX | 06/10/2011 | S | 1,000,000.00 |
| 15478816 | 776451 | BNP PARIBAS SA | CDX | 06/13/2011 | S | 24,300,000.00 |
| 15492365 | 778269 | UBS AG | CDS | 06/14/2011 | B | 5,000,000.00 |
| 15523018 | 783690 | CITIBANK NA NEW YORK | CDS | 06/16/2011 | B | 2,000,000.00 |
| 15528935 | 784043 | UBS AG | CDS | 06/17/2011 | S | 5,000,000.00 |
| 15531123 | 784871 | UBS AG | CDS | 06/17/2011 | S | 1,000,000.00 |
| 15577474 | 788883 | UBS AG | CDX | 06/21/2011 | S | 8,500,000.00 |
| 15583941 | 790220 | UBS AG | CDS | 06/22/2011 | B | 2,000,000.00 |
| 15633183 | 793505 | UBS AG | CDX | 06/24/2011 | S | 5,000,000.00 |
| 15653884 | 796410 | CITIBANK NA NEW YORK | CDX | 06/27/2011 | S | 10,000,000.00 |
| 15667736 | 798290 | UBS AG | CDX | 06/28/2011 | S | 10,000,000.00 |
| 15667741 | 799174 | UBS AG | CDX | 06/28/2011 | S | 10,000,000.00 |
| 15677244 | 800560 | UBS AG | CDS | 06/29/2011 | B | 1,000,000.00 |
| 15747096 | 807391 | BNP PARIBAS SA | CDX | 07/05/2011 | B | 1,000,000.00 |
| 15753144 | 808247 | UBS AG | CDX | 07/06/2011 | S | 15,000,000.00 |
| 15751115 | 809135 | BARCLAYS BANK PLC | CDX | 07/05/2011 | S | 10,800,000.00 |
| 15813443 | 815913 | BARCLAYS BANK PLC | CDX | 07/11/2011 | B | 5,000,000.00 |
| 15883829 | 820344 | BNP PARIBAS SA | CDX | 07/13/2011 | S | 1,000,000.00 |
| 15883832 | 820403 | BNP PARIBAS SA | CDX | 07/13/2011 | B | 2,000,000.00 |
| 15921724 | 821948 | UBS AG | CDS | 07/14/2011 | B | 2,000,000.00 |
| | 823229 | BARCLAYS BANK PLC | CDX | 07/14/2011 | B | 1,000,000.00 |
| 15998167 | 828249 | BARCLAYS BANK PLC | CDS | 07/19/2011 | B | 2,000,000.00 |
| 16043074 | 832460 | Deutsche Bank London Branch | CDX | 07/21/2011 | S | 2,000,000.00 |
| 16095903 | 834088 | BARCLAYS BANK PLC | CDS | 07/22/2011 | B | 2,000,000.00 |
| 16097460 | 834520 | Deutsche Bank London Branch | CDX | 07/22/2011 | S | 16,800,000.00 |
| 16105365 | 835625 | BARCLAYS BANK PLC | CDX | 07/25/2011 | B | 15,000,000.00 |
| 16105346 | 835643 | BNP PARIBAS SA | CDX | 07/25/2011 | S | 15,000,000.00 |
| 16163720 | 841653 | BNP PARIBAS SA | CDS | 07/28/2011 | B | 5,000,000.00 |
| 16228085 | 846693 | CITIBANK NA NEW YORK | CDX | 08/01/2011 | B | 2,000,000.00 |
| 16241727 | 848647 | BARCLAYS BANK PLC | CDX | 08/02/2011 | B | 1,000,000.00 |
| 16241738 | 849287 | UBS AG | CDS | 08/02/2011 | B | 1,000,000.00 |
| 16248882 | 850376 | BARCLAYS BANK PLC | CDX | 08/02/2011 | S | 1,200,000.00 |
| 16283917 | 852329 | BARCLAYS BANK PLC | CDS | 08/03/2011 | B | 2,000,000.00 |
| 16299311 | 853890 | UBS AG | CDX | 08/04/2011 | S | 5,000,000.00 |
| 16300935 | 853892 | BARCLAYS BANK PLC | CDX | 08/04/2011 | S | 20,000,000.00 |
| 16299339 | 855077 | UBS AG | CDX | 08/04/2011 | S | 25,000,000.00 |
| 16374526 | 859738 | UBS AG | CDX | 08/08/2011 | S | 5,000,000.00 |

A-6

| | | | | | | |
|---|---|---|---|---|---|---|
| 16374561 | 859779 | UBS AG | CDX | 08/08/2011 | S | 10,000,000.00 |
| 16374489 | 859791 | BNP PARIBAS SA | CDX | 08/08/2011 | S | 5,000,000.00 |
| 16405738 | 861551 | BARCLAYS BANK PLC | CDS | 08/09/2011 | B | 1,000,000.00 |
| 16423116 | 863870 | UBS AG | CDS | 08/09/2011 | B | 2,000,000.00 |
| 16458079 | 866646 | BARCLAYS BANK PLC | CDS | 08/10/2011 | B | 5,000,000.00 |
| 16458083 | 867508 | BARCLAYS BANK PLC | CDS | 08/10/2011 | B | 5,000,000.00 |
| 16456378 | 867769 | BARCLAYS BANK PLC | CDX | 08/10/2011 | S | 5,000,000.00 |
| 16483647 | 869465 | UBS AG | CDX | 08/11/2011 | S | 10,000,000.00 |
| 16483711 | 870537 | UBS AG | CDX | 08/11/2011 | B | 6,400,000.00 |
| 16483759 | 870575 | UBS AG | CDX | 08/11/2011 | B | 4,000,000.00 |
| | 870841 | UBS AG | CDX | 08/08/2011 | B | 5,000,000.00 |
| | 870843 | UBS AG | CDX | 08/11/2011 | S | 5,000,000.00 |
| 16539409 | 871963 | BARCLAYS BANK PLC | CDX | 08/12/2011 | S | 38,100,000.00 |
| | 872332 | UBS AG | CDS | 08/03/2011 | S | 2,000,000.00 |
| | 872336 | UBS AG | CDS | 08/12/2011 | B | 2,000,000.00 |
| 16556065 | 873864 | CITIBANK NA NEW YORK | CDX | 08/15/2011 | S | 25,000,000.00 |
| 16556005 | 873930 | BARCLAYS BANK PLC | CDX | 08/15/2011 | S | 15,000,000.00 |
| 16556016 | 873932 | BARCLAYS BANK PLC | CDX | 08/15/2011 | S | 10,000,000.00 |
| 16571845 | 875311 | BNP PARIBAS SA | CDX | 08/16/2011 | S | 1,000,000.00 |
| 16699918 | 884635 | CITIBANK NA NEW YORK | CDX | 08/22/2011 | S | 4,300,000.00 |
| 16763975 | 889688 | BARCLAYS BANK PLC | CDS | 08/24/2011 | B | 2,000,000.00 |
| 16895216 | 903590 | CITIBANK NA NEW YORK | CDX | 09/01/2011 | S | 12,500,000.00 |
| 16953600 | 908285 | CITIBANK NA NEW YORK | CDS | 09/06/2011 | S | 5,000,000.00 |
| 16980412 | 910730 | BARCLAYS BANK PLC | CDX | 09/07/2011 | S | 17,000,000.00 |
| 16994150 | 912749 | CITIBANK NA NEW YORK | CDX | 09/08/2011 | S | 5,000,000.00 |
| 16997126 | 913910 | BARCLAYS BANK PLC | CDX | 09/08/2011 | S | 5,000,000.00 |
| 17065336 | 918232 | BARCLAYS BANK PLC | CDX | 09/12/2011 | B | 1,000,000.00 |
| 17071332 | 918427 | CREDIT SUISSE INTERNATIONA | CDS | 09/12/2011 | S | 5,000,000.00 |
| 17116800 | 925146 | CITIBANK NA NEW YORK | CDS | 09/14/2011 | B | 2,000,000.00 |
| 17118917 | 925475 | CITIBANK NA NEW YORK | CDS | 09/14/2011 | B | 2,000,000.00 |
| 17118896 | 925817 | CITIBANK NA NEW YORK | CDS | 09/14/2011 | B | 5,000,000.00 |
| 17135829 | 928095 | BARCLAYS BANK PLC | CDX | 09/15/2011 | S | 5,000,000.00 |
| 17179430 | 930263 | CITIBANK NA NEW YORK | CDX | 09/16/2011 | S | 10,000,000.00 |
| 17208203 | 932418 | CREDIT SUISSE INTERNATIONA | CDX | 09/19/2011 | B | 25,000,000.00 |
| 17207007 | 932599 | CITIBANK NA NEW YORK | CDS | 09/16/2011 | S | 4,000,000.00 |
| 17208806 | 932671 | BARCLAYS BANK PLC | CDS | 09/19/2011 | S | 1,000,000.00 |
| 17290533 | 939973 | BARCLAYS BANK PLC | CDX | 09/22/2011 | S | 15,000,000.00 |
| 17290623 | 939977 | BARCLAYS BANK PLC | CDX | 09/22/2011 | S | 10,000,000.00 |
| 17389463 | 945023 | BARCLAYS BANK PLC | CDX | 09/26/2011 | S | 1,000,000.00 |
| 17378559 | 945655 | BARCLAYS BANK PLC | CDS | 09/26/2011 | S | 5,000,000.00 |
| 17387587 | 946064 | CITIBANK NA NEW YORK | CDS | 09/26/2011 | B | 11,000,000.00 |
| 17551866 | 957905 | BARCLAYS BANK PLC | CDX | 09/30/2011 | B | 1,000,000.00 |
| 17572833 | 960873 | BARCLAYS BANK PLC | CDX | 10/03/2011 | B | 10,000,000.00 |
| 17590601 | 962517 | BARCLAYS BANK PLC | CDS | 10/04/2011 | S | 2,000,000.00 |
| 17630272 | 966008 | BARCLAYS BANK PLC | CDX | 10/05/2011 | S | 25,000,000.00 |
| 17647899 | 967967 | CITIBANK NA NEW YORK | CDX | 10/06/2011 | S | 50,000,000.00 |

A-7