UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                     :

IN RE CREDIT DEFAULT SWAPS ANTITRUST  :
LITIGATION                                           :  Master Docket No. 13 MD 2476 (DLC)
                                                     :
This Document Relates To: All Actions      :
                                                     :
------------------------------------------------------------------------x

## PROOF OF SERVICE

I hereby certify that on February 29, 2016, I caused a true and correct copy of the foregoing **OBJECTIONS OF MF GLOBAL CAPITAL LLC TO PROPOSED CLASS ACTION SETTLEMENT** on behalf of MF Global Capital LLC, to be served on all parties who have appeared via the Panel's CM/ECF system, and by First Class Mail upon the parties listed below:

Clerk of Court
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Daniel L. Brockett
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

Dated: February 29, 2016               s/ George A. Zelcs _____

George A. Zelcs
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Counsel for MF Global Capital LLC*