**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | : Master Docket No. 13 MD 2476(DLC) |
| This Document Relates To: All Actions | : **Rule 7.1 Statement** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Silver Point Capital, L.P., Silver Point Capital Fund, L.P., Silver Point Capital Offshore Master Fund, L.P., and Silver Point Capital Offshore, Ltd. (collectively "**Silver Point**") state that they are private non-governmental parties and certify that they have no publicly held corporate parents, affiliates, or subsidiaries.

Dated: March 1, 2016

*/s/ William T. Reid, IV*
William T. Reid, IV
REID COLLINS & TSAI LLP
810 Seventh Ave, Suite 410
New York, NY 10019
(212) 344-5200
wreid@rctlegal.com

*Counsel for Silver Point*