SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-8602
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3276
DIRECT FAX
917-777-3276
EMAIL ADDRESS
Karen.lent@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 11, 2023

**BY ECF**

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

      RE: *In re Credit Default Swaps Antitrust Litigation*,
         No. 13-md-2476 (DLC)

Dear Judge Cote:

  On behalf of the moving bank defendants, we write to respectfully request oral argument on the moving bank defendants' Motion to Enforce the CDS Settlement.

           Respectfully submitted,

           */s/ Karen Hoffman Lent*
           Karen Hoffman Lent

cc:  All counsel (by ECF)