```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE: CREDIT DEFAULT SWAPS ANTITRUST    :
LITIGATION                               :
                                         :    13MD2476 (DLC)
                                         :
                                         :        ORDER
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Class members New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, and the New Mexico Educational Retirement Board (collectively, the "New Mexico plaintiffs") did not request exclusion from the class in this class action by February 29, 2016, the deadline for filing such a request. On April 16, 2016, a Settlement was given final approval. On April 18, a Final Judgment and Order of Dismissal against each Bank Defendant (the "Banks") were issued, which released and dismissed certain defined Released Claims against certain defined Released Parties, and which permanently barred and enjoined class members from instituting, commencing, or prosecuting any Released Claims against any Released Parties.

On June 30, 2021, the New Mexico Plaintiffs filed an action against the Banks in the District of New Mexico (the "New Mexico Action".) On November 3, 2023, the Banks moved this Court for enforcement of the release and injunction contained in the

Judgment as against the claims asserted by the New Mexico plaintiffs.

Having considered the arguments presented by the Banks and the New Mexico plaintiffs in their submissions, it is hereby

ORDERED that the New Mexico plaintiffs are enjoined from pursuing any claims against the Banks in the New Mexico Action for any alleged violation of law based on conduct occurring before June 30, 2014.

IT IS FURTHER ORDERED that, for the reasons stated in the accompanying Opinion, the New Mexico plaintiffs are permanently barred and enjoined from prosecuting against the Banks any and all manner of claims, causes of action, cross-claims, counterclaims, suits, demands, actions, rights, charges, liabilities, losses, obligations, and controversies of any kind, nature, or description whatsoever, whether known or unknown, accrued or unaccrued, foreseen or unforeseen, matured or not matured, suspected or unsuspected, liquidated or not liquidated, fixed or contingent, direct or derivative, whether class, individual, representative, or otherwise in nature, whether arising in law or equity or under any statute, regulation, ordinance, contract, or otherwise, for damages, interest, costs, expenses, attorneys' fees, fines, civil or other penalties, or other payment of money, whenever incurred, or for injunctive, declaratory, or other equitable relief, arising from or relating

in any way to any conduct, acts, transactions, events, communications, occurrences, statements, omissions, or failures to act occurring prior to June 30, 2014, that are alleged or that could have been alleged in this action relating in any way to any CDS Transactions or Potential CDS Transactions.

Dated:   New York, New York
         January 26, 2024

_____
DENISE COTE
United States District Judge